ORIGINAL

| Attorney or Party Name, Address, Telephone and FAX Number, and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| JOHN N. TEDFORD, IV<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, California 90067-2904<br>Telephone: 310) 277-0077<br>Fax No.: (310) 277-5735<br>Bar No.: 205537<br>Attorney for Plaintiff R. TODD NEILSON, CHAPTER 7 TRUSTEE | FILED<br>FEB 12 2007<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>RECEIVED<br>JAN 19 2007<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: PECK/JONES CONSTRUCTION CORPORATION | CHAPTER 7 |
|---|---|
| | CASE NUMBER LA 04-35757-VZ |
| Debtor. | ADVERSARY NUMBER 07-01050-VZ |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE<br><br>vs.    Plaintiff(s).<br><br>Integrated Mechanical Systems, Inc., a California corporation<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __3/01/07__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: __4.9.07__   Time: __11:30 a.m.__   Courtroom: __1368__   Floor: __13th__

[✓] 255 East Temple Street, Los Angeles
[ ] 411 West Fourth Street, Santa Ana
[ ] 21041 Burbank Boulevard, Woodland Hills
[ ] 1415 State Street, Santa Barbara
[ ] 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __1/30/07__

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)

**F 7004-1**

**PROOF OF SERVICE**

I, Cindy Cripe, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On February 9, 2007, I served the following document(s): **SUMMONS AND NOTICE OF STATUS CONFERENCE; COMPLAINT; PRE-STATUS CONFERENCE INSTRUCTIONS** on the interested parties addressed as follows:

Integrated Mechanical Systems, Inc.
c/o Agent for Service of Process
Kevin A. Stiver
115 LaPorte Street
Arcadia, CA 91006

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on February 9, 2007, at Los Angeles, California.

Cindy Cripe
(Type or print name)          (Signature)

-3-

304455.01 [XP] 24132