ORIGINAL

1  GEORGE E. SCHULMAN (State Bar No. 064572)
   FRANK X. RUGGIER (State Bar No. 198863)
2  JOHN N. TEDFORD, IV (State Bar No. 205537)
   DANNING, GILL, DIAMOND & KOLLITZ, LLP
3  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
4  Telephone: (310) 277-0077
   Facsimile: (310) 277-5735
5
   Attorneys for Plaintiff R. Todd Neilson,
6  Chapter 7 Trustee

ENTERED
DEC 13 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

LODGED
DEC 13 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

FILED
Dec 17 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re                                          ) Case No. 2:04-35757-VZ
                                               )
PECK/JONES CONSTRUCTION                        ) Chapter 7
CORPORATION,                                   )
                                               )
      Debtor.                                  )
_____)
                                               )
R. TODD NEILSON, CHAPTER 7 TRUSTEE,            ) Adv. No. 2:07-01050-VZ
                                               )
      Plaintiff,                               ) **STIPULATION TO EXTEND TIME FOR**
                                               ) **PARTIES TO RESPOND TO WRITTEN**
   vs.                                         ) **DISCOVERY REQUESTS AND TO**
                                               ) **CONTINUE DATE BY WHICH**
INTEGRATED MECHANICAL SYSTEMS,                 ) **DISCOVERY MUST BE COMPLETED;**
INC., a California corporation,                ) **AND ORDER THEREON**
                                               )
      Defendant.                               ) [No hearing required]
                                               )
                                               )
_____)

Plaintiff R. Todd Neilson, Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the "Debtor"), and Defendant Integrated Mechanical Systems, Inc. ("IMS"), by and through counsel, hereby respectfully request that the Court approve the within stipulation of the parties.

///

///

318145.01 [XP] 24132

## STIPULATION

WHEREAS, on December 14, 2004, an involuntary Chapter 7 petition for relief was filed against the Debtor;

WHEREAS, on January 21, 2005, the Court entered its Order for Relief in the Debtor's bankruptcy case;

WHEREAS, the Trustee accepted appointment as the Chapter 7 trustee for the Debtor's estate and continues to serve in such capacity for the benefit of creditors;

WHEREAS, on January 19, 2007, the Trustee filed his Complaint to Avoid and Recover Preferential Transfers (the "Complaint") with the Court against IMS;

WHEREAS, on or about August 8, 2007, the Court entered its scheduling order in the within adversary proceeding providing, among other things, that the date for the parties to complete discovery is December 31, 2007;

WHEREAS, the Trustee has served IMS with written discovery consisting of requests for production of documents, interrogatories, and requests for admissions, and IMS's responses to such discovery were originally due on or about December 7, 2007;

WHEREAS, the IMS has served the Trustee with written discovery consisting of requests for production of documents and interrogatories, and the Trustee's responses to such discovery were originally due on or about December 11, 2007

WHEREAS, IMS requested, and the Trustee agreed to, an extension of the time for IMS to respond to the Trustee's discovery requests to December 24, 2007;

WHEREAS, the Trustee requested, and IMS agreed to, an extension of the time for the Trustee to respond to the IMS' discovery requests to December 28, 2007;

WHEREAS, the parties have agreed to a brief extension of time for the parties to conduct discovery in this matter in order to provide the parties time to schedule depositions (if any) after the discovery responses are received and reviewed by the respective parties.

///

///

///

2

**WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The date by which IMS must serve on the Trustee's counsel its responses to the Trustee's requests for production of documents, interrogatories, and requests for admissions shall be continued to December 24, 2007.

2. The date by which the Trustee must serve on the IMS' counsel his responses to the IMS' requests for production of documents and interrogatories shall be continued to December 28, 2007.

3. The date by which the parties must complete discovery in this adversary proceeding shall be continued from December 31, 2007, to January 15, 2008.

Dated: December 12, 2007                DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
Frank X. Ruggier
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

Dated: December __, 2007                ALLIE & SCHUSTER, P.C.

By: _____
Randall S. Guritzky
Attorneys for Defendant Pacific West
Mechanical, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: _____             _____
VINCENT P. ZURZOLO
UNITED STATES BANKRUPTCY JUDGE

3

318145.01 [XP] 24132

**WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The date by which IMS must serve on the Trustee's counsel its responses to the Trustee's requests for production of documents, interrogatories, and requests for admissions shall be continued to December 24, 2007.

2. The date by which the Trustee must serve on the IMS' counsel his responses to the IMS' requests for production of documents and interrogatories shall be continued to December 28, 2007

3. The date by which the parties must complete discovery in this adversary proceeding shall be continued from December 31, 2007, to January 15, 2008.

Dated: December __, 2007　　　　　　　DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
Frank X. Ruggier
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

Dated: December 1?, 2007　　　　　　　ALLIE & SCHUSTER, P.C.

By: _____
Randall S. Guritzky
Attorneys for Defendant Pacific West
Mechanical, Inc.

---

**ORDER**

IT IS SO ORDERED.

DATED: _____　　　　_____
　　　　　　　　　　　　　　　　　　　VINCENT P. ZURZOLO
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

3

# PROOF OF SERVICE

I, Cindy Cripe, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On December 13, 2007, I served the following document(s): **STIPULATION TO EXTEND TIME FOR PARTIES TO RESPOND TO WRITTEN DISCOVERY REQUESTS AND TO CONTINUE DATE BY WHICH DISCOVERY MUST BE COMPLETED; AND ORDER THEREON**

on the interested parties addressed as follows:

Attorneys for Integrated Mechanical, Systems, Inc.
Randall S. Guritzky, Esq.
Allie & Schuster, P.C.
2122 N. Broadway
Santa Ana, CA 92706-2614

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on December 13, 2007, at Los Angeles, California.

Cindy Cripe
(Type or print name)                (Signature)

4

318145.01 [XP] 24132

NOTE TO USERS OF THIS FORM:
Physically attach this form as the last page of the proposed Order or Judgement.
Do **not** file this form as a separate document.

| In re (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| PECK/JONES CONSTRUCTION CORPORATION | CASE NUMBER: LA 04-35757-VZ |
| Debtor. | ADV CASE NUMBER: 07-01050-vz |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

RECEIVED
DEC 1 3 2007

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(iv), that a judgment or order entitled (*specify*):

   STIPULATION TO EXTEND TIME FOR PARTIES TO RESPOND TO WRITTEN DISCOVERY REQUESTS AND TO CONTINUE DATE BY WHICH DISCOVERY MUST BE COMPLETED; AND ORDER THEREON

   was entered on (*specify date*): 12-18-07

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (*specify date*): 12-18-07

DATED: 12-18-07

JON D. CERETTO
Clerk of the United States Bankruptcy Court

By: _____
Deputy Clerk


## SERVICE LIST ON NOE

Attorneys for Integrated Mechanical,Systems, Inc.
Randall S. Guritzky, Esq.
Allie & Schuster, P.C.
2122 N. Broadway
Santa Ana, CA  92706-2614

Attorneys for Chapter 7 Trustee
JOHN N. TEDFORD
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904

318145.01 [XP] 24132