| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| GLADYCH & ASSOCIATES, INC.<br>RANDALL S. GURITZKY, Esq. (CA Bar No. 119784)<br>1400 Bristol Street North, Suite 270<br>Newport Beach, CA  92660<br>Tel:  (949) 442-8942<br>Fax: (949) 442-8949<br><br>*Attorney for*  INTEGRATED MECHANICAL SYSTEMS, INC. | FILED<br><br>FEB – 4<br>2008<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY          Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: PECK/JONES CONSTRUCTION CORPORATION,<br><br><br>Debtor. | |
|---|---|
| R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>Plaintiff(s), | CHAPTER _7_<br><br>CASE NUMBER LA 04-35757-VZ |
| vs.<br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br>Defendant(s). | ☒   ADVERSARY NUMBER (If Applicable)<br>07-01050-VZ |

## SUBSTITUTION OF ATTORNEY

1.      The name of the party making this Substitution of Attorney is *(specify name)*:
        INTEGRATED MECHANICAL SYSTEMS, INC.

2.      The name, address and telephone number of the New Attorney are *(specify)*:
        RANDALL S. GURITZKY, Esq., GLADYCH & ASSOCIATES, INC., 1400 Bristol St. N. Ste. 270, Newport Beach, CA 92660

3.      New Attorney hereby appears in the following matters:      ❑ The case      ☒ The above Adversary Proceeding

4.      The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*:  ALLIE & SCHUSTER, PC

Dated: 12/19/07

Vachik Armenian
_____
*Type Name of Party*

*Signature of Party*

I consent to the above substitution.

Dated:   1-25-2008

James P. Allie, Esq.
_____
*Type Name of Present Attorney*

*Signature of Present Attorney*

I am duly admitted to practice in this district.  The above substitution is accepted.

Dated: 12/19/07   1/29/08

Randall S. Guritzky, Esq.
_____
*Type Name of New Attorney*

*Signature of New Attorney*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Rev. 5/02*

## ORIGINAL

**F 2090-1.4**

524.101

Substitution of Attorney - *Page 2*                                                **F 2090-1.4**

| In re PECK/JONES CONSTRUCTION CORPORATION/R. TODD NEILSON, CHAPTER 7 TRUSTEE v. INTEGRATED MECHANICAL SYSTEMS, INC. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 04-35757-VZ |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2090-1(f)(5) regarding the requirements and procedures for making an application to employ an attorney.

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF ORANGE

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

1400 Bristol Street North, Suite 270
Newport Beach, CA 92660

On ___January 31, 2008___, I served the foregoing document described as: SUBSTITUTION OF ATTORNEY on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Newport Beach _____, California, addressed as follows:

See Attached Service List

☒      Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    1-31-2005

JANELLE JAMES
_____
Type Name

_____
Signature

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Rev. 5/02*                                                                    **F 2090-1.4**

1 | **In re PECK/JONES CONSTRUCTION CORP., Debtor/Neilson v. Integrated Mechanical Systems, Inc.**
US BK Case No. LA 04-35757-VZ; Adv. No. 07-01050-VZ

2

3

4 | **SERVICE LIST**

5 | John N. Tedford IV, Esq.                    Attorneys for Plaintiff
DANNING, GILL, DIAMOND & KOLLITZ,
6 | LLP
2020 Century Park East, 3rd Floor
7 | Los Angeles, CA 90067
Tel:    (310) 277-0077
8 | Fax:   (310) 277-5735

9 | R. Todd Neilson, Chapter 7 Trustee          Plaintiff
NEILSON, ELGGREN, LLP
10 | 10100 Santa Monica Blvd., Suite 410
Los Angeles, CA 90067

11

United States Trustee
12 | Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
13 | Los Angeles, CA 90017

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28