

ENTERED

FEB 1 5 2008

FILED

FEB 1 4 2008

LODGED

FEB 1 2 2008

1  John A. Gladych, Esq., Bar No. 139254
2  Randall S. Guritzky, Esq., Bar No. 119784
   GLADYCH & ASSOCIATES
3  1400 Bristol Street North, Suite 270
   Newport Beach, CA 92660
   Telephone: (949) 442-8942
4  Fax No.:   (949) 442-8949

   Attorneys for Defendant,
   INTEGRATED MECHANICAL SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

10

11  In re: PECK/JONES CONSTRUCTION,          Chapter 7
    INC.,                                     Case Number: LA 04-35757VZ
12  Debtor,

13                                            Adversary Number: 07-01050VZ

14  R. TODD NEILSON, Chapter 7 Trustee,

15                        Plaintiff,          **STIPULATION TO ALLOW FILING OF
                                              AMENDED ANSWER OF INTEGRATED
16         vs.                                MECHANICAL SYSTEMS, INC. TO
                                              COMPLAINT OF PLAINTIFF**
17
    INTEGRATED MECHANICAL SYSTEMS,
18  INC.,

19                        Defendants,

20

21

22       IT IS HEREBY STIPULATED by and between Plaintiff, R. TODD NEILSON,

23  Chapter 7 Trustee, through his attorneys, DANNING, GILL, DIAMOND & FOLLITZ,

24  LLP, and Defendant INTEGRATED MECHANICAL SYSTEMS, INC., through its

25  attorney, Randall S. Guritzky, as follows:

26       That Defendant, INTEGRATED MECHANICAL SYSTEMS, INC. may file and

27  serve its Amended Answer to include an additional affirmative defense of Defendant

28  as to the Complaint of Plaintiff, to wit, the Sixth Affirmative Defense to the Amended

-1-

STIPULATION TO ALLOW FILING OF AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS, INC.

ORIGINAL

1  Complaint. A true and correct copy of the Amended Answer is attached hereto as

2  Exhibit "A";

3      That the parties agree to reopen discovery for a short time and for the limited

4  purpose of allowing the Trustee to serve written discovery upon Defendant in relation

5  to the additional affirmative defense, within ten (10) days of Court approval of this

6  Stipulation;

7      That Defendant shall have fifteen (15) days after service of such discovery to

8  respond to the discovery served by the Trustee upon Defendant; and

9      The final deadline for resolution of dispute by law and motion related to the

10  additional discovery shall be June 27, 2008.

11

12  DATED: 2|11|08                    GLADYCH & ASSOCIATES, INC.

13

14                          By: _____

15                              Randall S. Guritzky
                                Attorney for Defendant
16                              INTEGRATED MECHANICAL SYSTEMS,
                                INC.
17

18                              DANNING, GILL, DIAMOND & KOLLITZ,
19                              LLP

20  DATED: 2/11/08              By: _____

21                              Frank X. Ruggier
                                Attorneys for Plaintiff
22                              R. TODD NIELSON, Chapter 7 Trustee

23

24                          **ORDER**

25  Pursuant to the Stipulation of the parties, and good cause appearing:

26  **IT IS HEREBY ORDERED THAT:**

27  Defendant, INTEGRATED MECHANICAL SYSTEMS, INC. may file and serve

28  its Amended Answer to include an additional affirmative defense of Defendant as to

-2-

1  the Complaint of Plaintiff, to wit, the Sixth Affirmative Defense to the Complaint. A

2  true and correct copy of the Amended Answer is attached hereto as Exhibit "A".

3       That discovery is reopened for the limited purpose of allowing the Trustee to

4  serve written discovery upon Defendant in relation to the additional affirmative

5  defense, within ten (10) days of the date of this Order;

6       That Defendant shall have fifteen (15) days thereafter to respond to the

7  discovery served by the Trustee upon Defendant; and

8       The final deadline for resolution of dispute by law and motion related to the

9  additional discovery shall be June 27, 2008

10  DATED:  2/11/08

11

12                                        Honorable Vincent P. Zurzolo, Judge
                                          U.S. Bankruptcy Court, Central District
13                                        of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION TO ALLOW FILING OF AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS, INC.

Exhibit "A"

1   John A. Gladych, Esq., SB#139254
    Randall S. Guritzky, Esq., SB#119784
2   1400 Bristol Street North, Suite 270
    Newport Beach, CA 92660
3   Telephone: (949) 442-8942
    Facsimile:  (949) 442-8949
4
    Attorneys for Defendant,
5   INTEGRATED MECHANICAL SYSTEMS, INC.

6

7                      UNITED STATES BANKRUPTCY COURT
8
                        CENTRAL DISTRICT OF CALIFORNIA
9
                            LOS ANGELES DIVISION
10

11
    In Re:                              )   Case No. LA 04-35757-VZ
12                                       )
    PECK/JONES CONSTRUCTION              )   Chapter 7
13  CORPORATION,                         )
                                         )   Adv. No. 07-01050VZ
14                                       )
            Debtor.                      )
15  _____ )   **AMENDED ANSWER TO COMPLAINT**
                                         )   **TO AVOID AND RECOVER**
16                                       )   **PREFERENTIAL TRANSFERS**
    R. TODD NEILSON, CHAPTER 7           )
17  TRUSTEE,                             )
                                         )
18          Plaintiff,                   )
                                         )
19       vs.                             )
                                         )
20                                       )
    INTEGRATED MECHANICAL SYSTEMS,       )
21  INC., a California corporation,      )
                                         )
22          Defendants.                  )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25  _____ )

26          COMES NOW, INTEGRATED MECHANICAL SYSTEMS, INC., a California

27  corporation, who answers the unverified Complaint of R. TODD NEILSON,

28  CHAPTER 7 TRUSTEE, as follows:


                                        -1-

    **AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT**

1         1.       Answering Defendant has no information or belief sufficient to allow it to

2 admit or deny the allegations of paragraph 1 and therefore, Answering Defendant

3 denies each and every allegation thereof.

4         2.       Answering Defendant has no information or belief sufficient to allow it to

5 admit or deny the allegations of paragraph 2 and therefore, Answering Defendant

6 denies each and every allegation thereof.

7         3.       Answering Defendant has no information or belief sufficient to allow it to

8 admit or deny the allegations of paragraph 3 and therefore, Answering Defendant

9 denies each and every allegation thereof.

10        4.       Answering Defendant admits the allegations of paragraph 4.

11        5.       Answering Defendant has no information or belief sufficient to allow it to

12 admit or deny the allegations of paragraph 5 and therefore, Answering Defendant

13 denies each and every allegation thereof.

14        6.       Answering Defendant has insufficient information or belief sufficient to

15 allow it to admit or deny the allegations of paragraph 6 and therefore, Answering

16 Defendant denies each and every allegation thereof.

17        7.       Answering Defendant admits that it is, and at all times herein mentioned

18 was, a corporation operating under and by virtue of the laws of the State of California.

19        8.       Answering Defendant denies the allegations contained in paragraph 9.

20        9.       Answering Defendant admits that Section 101(54) reads as Plaintiff

21 alleges it reads in paragraph 9.

22       10.      Answering Defendant admits that debtor made transfers to it as alleged

23 in paragraph 10.

24       11.      Paragraph 11 merely incorporates by reference the preceding

25 paragraphs of this Complaint.

26       12.      Answering Defendant has no information or belief sufficient to allow it to

27 admit or deny the allegations of paragraph 12 and therefore, Answering Defendant

28 denies each and every allegation thereof.

-2-

**AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT**

1        13.    Answering Defendant has no information or belief sufficient to allow it to

2 admit or deny the allegations of paragraph 13 and therefore, Answering Defendant

3 denies each and every allegation thereof.

4        14.    Answering Defendant has no information or belief sufficient to allow it to

5 admit or deny the allegations of paragraph 14 and therefore, Answering Defendant

6 denies each and every allegation thereof.

7        15.    Answering Defendant has no information or belief sufficient to allow it to

8 admit or deny the allegations of paragraph 15 and therefore, Answering Defendant

9 denies each and every allegation thereof.

10        16.    Answering Defendant has no information or belief sufficient to allow it to

11 admit or deny the allegations of paragraph 16 and therefore, Answering Defendant

12 denies each and every allegation thereof.

13        17.    Answering Defendant has no information or belief sufficient to allow it to

14 admit or deny the allegations of paragraph 17 and therefore, Answering Defendant

15 denies each and every allegation thereof.

16        18.    Answering Defendant has no information or belief sufficient to allow it to

17 admit or deny the allegations of paragraph 18 and therefore, Answering Defendant

18 denies each and every allegation thereof.

19        19.    Answering Defendant has no information or belief sufficient to allow it to

20 admit or deny the allegations of paragraph 19 and therefore, Answering Defendant

21 denies each and every allegation thereof.

22 **AFFIRMATIVE DEFENSES**

23 **FIRST AFFIRMATIVE DEFENSE**

24     Plaintiff's Complaint fails to state facts sufficient to constitute a claim for relief

25 against this Answering Defendant.

26 **SECOND AFFIRMATIVE DEFENSE**

27     Answering Defendant is informed and believes that to the extent any transfer

28 of property was made by the Debtor, such transfer was intended by the Debtor and

-3-

---

**AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT**

1  this Answering Defendant to be a contemporaneous exchange for new value,

2  including moneys worth in goods, services, or new credit, and was, in fact, a

3  substantially contemporaneous exchange.

4  **THIRD AFFIRMATIVE DEFENSE**

5        Answering Defendant alleges that any payments Integrated Mechanical

6  Systems received from the debtor fall within the exception to preferential transfers as

7  set forth in 11 U.S.C. Section 547(c)(2) in that any and all payments received by

8  Integrated Mechanical Systems during the preference period were deliveries of monies

9  by the Debtor: (a) in payment of a debt incurred by Peck/Jones Construction in the

10 ordinary course of business or financial affairs of Peck/Jones Construction and

11 Integrated Mechanical Systems; (b) made in the ordinary course of business or financial

12 affairs of Peck/Jones Construction and Integrated Mechanical Systems; and (c) made

13 according to ordinary business terms.

14 **FOURTH AFFIRMATIVE DEFENSE**

15       Answering Defendant alleges that potential payments to Answering Defendant

16 from third parties, including property owner's representatives, for materials ordered

17 against a credit account of the debtor, Peck/Jones, for required lawful releases of

18 statutory mechanic's lien and/or stop notice rights and/or bond rights and other rights,

19 constitute valuable and new consideration for which no preferential treatment may be

20 applied and claims for repayment to the Trustee of such potential sums are improper

21 and to the extent required, would unjustly enrich the Bankruptcy Estate and the

22 Trustee.

23 **FIFTH AFFIRMATIVE DEFENSE**

24       Answering Defendant alleges that, after such transfer or transfers, Peck/Jones

25 Construction received new value to or for the benefit of Peck/Jones Construction not

26 secured by an otherwise unavoidable security interest, and on account of which new

27 value did not make an otherwise unavoidable transfer to or for the benefit of Integrated

28 Mechanical Systems.

-4-

1  **SIXTH AFFIRMATIVE DEFENSE**

2          Answering Defendant alleges that, to the extent transfers of property were made

3  to Defendant as alleged in the Complaint, such transfers were not of property which

4  constituted property of the debtor, but, rather, were disbursements of trust funds

5  pursuant to a contract between Robert F. Kennedy Medical Center and the debtor, of

6  Robert F. Kennedy Medical Center to Integrated Mechanical Systems for the labor

7  and materials furnished by Integrated Mechanical Systems to the Robert F. Kennedy

8  Medical Center.

9

10  **WHEREFORE**, Defendant, INTEGRATED MECHANICAL SYSTEMS, INC. prays as

11  follows:

12          1.        That Plaintiff take nothing by virtue of its Complaint;

13          2.        That judgment be entered in favor of Defendant and against Plaintiff;

14          3.        That Plaintiff recover its costs of suit; and

15          4.        For such other and further relief that this court may deem just and

16                    proper.

17

18  DATED: February 11, 2008

19                                        GLADYCH & ASSOCIATES, INC.

20

21                          By: _____

22                                        RANDALL S. GURITZKY
                                        Attorneys for Defendant, INTEGRATED
23                                        MECHANICAL SYSTEMS, INC.

24

25

26

27

28

AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT