GEORGE E. SCHULMAN (State Bar No. 064572)
FRANK X. RUGGIER (State Bar No. 198863)
JOHN N. TEDFORD, IV (State Bar No. 205537)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor. | Case No. 2:04-35757-VZ<br><br>Chapter 7 |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>Defendant. | Adv. No. 2:07-01050-VZ<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE**<br><br>CURRENT STATUS CONFERENCE<br>Date:  March 6, 2008<br>Time:  11:00 a.m.<br><br>NEW STATUS CONFERENCE<br>Date:  March 27, 2008<br>Time:  11:00 a.m.<br>Place: Courtroom 1368<br>       255 E. Temple St.<br>       Los Angeles, CA |

320846.01 [XP] 24132

1     PLEASE TAKE NOTICE that Honorable Vincent Zurzolo, United States Bankruptcy

2 Judge, has on his own motion continued the Status Conference in the above-captioned chapter 7

3 case from March 7, 2008 at 11:00 a.m., to March 27, 2008, at 11:00 a.m. in the United States

4 Bankruptcy Court, Central District of California, Los Angeles Division, in Courtroom 1368,

5 located at 255 E. Temple St., Los Angeles, California.

6

7 Dated: February 21, 2008            DANNING, GILL, DIAMOND & KOLLITZ, LLP

8

9                                        By: _____

10                                             John N. Tedford, IV
                                            Attorneys for Plaintiff R. Todd Neilson,
                                            Chapter 7 Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

320846.01 [XP] 24132

# PROOF OF SERVICE

I, Cindy Cripe, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On February 22, 2008, I served the following document(s): NOTICE OF CONTINUANCE OF STATUS CONFERENCE

on the interested parties addressed as follows:

<u>Attorneys for Integrated Mechanical, Systems, Inc.</u>
Randall S. Guritzky, Esq.
Allie & Schuster, P.C.
2122 N. Broadway
Santa Ana, CA 92706-2614

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on February 22, 2008, at Los Angeles, California.

Cindy Cripe
(Type or print name)            (Signature)

3

320846.01 [XP] 24132