ORIGINAL

**FILED**
FEB 22 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  John A. Gladych, Esq., SB#139254
   Randall S. Guritzky, Esq., SB#119784
2  1400 Bristol Street North, Suite 270
   Newport Beach, CA 92660
3  Telephone: (949) 442-8942
   Facsimile:  (949) 442-8949
4
   Attorneys for Defendant,
5  INTEGRATED MECHANICAL SYSTEMS, INC.

6

7           UNITED STATES BANKRUPTCY COURT
8           CENTRAL DISTRICT OF CALIFORNIA
9                LOS ANGELES DIVISION
10

| | |
|---|---|
| In Re: | Case No. LA 04-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| | Adv. No. 07-01050VZ |
| Debtor. | |
| | **AMENDED ANSWER TO COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS** |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, | |
| Defendants. | |

   COMES NOW, INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, who answers the unverified Complaint of R. TODD NEILSON, CHAPTER 7 TRUSTEE, as follows:

-1-  ORIGINAL

AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT

1. Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 1 and therefore, Answering Defendant denies each and every allegation thereof.

2. Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 2 and therefore, Answering Defendant denies each and every allegation thereof.

3. Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 3 and therefore, Answering Defendant denies each and every allegation thereof.

4. Answering Defendant admits the allegations of paragraph 4.

5. Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 5 and therefore, Answering Defendant denies each and every allegation thereof.

6. Answering Defendant has insufficient information or belief sufficient to allow it to admit or deny the allegations of paragraph 6 and therefore, Answering Defendant denies each and every allegation thereof.

7. Answering Defendant admits that it is, and at all times herein mentioned was, a corporation operating under and by virtue of the laws of the State of California.

8. Answering Defendant denies the allegations contained in paragraph 9.

9. Answering Defendant admits that Section 101(54) reads as Plaintiff alleges it reads in paragraph 9.

10. Answering Defendant admits that debtor made transfers to it as alleged in paragraph 10.

11. Paragraph 11 merely incorporates by reference the preceding paragraphs of this Complaint.

12. Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 12 and therefore, Answering Defendant denies each and every allegation thereof.

AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT

13.    Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 13 and therefore, Answering Defendant denies each and every allegation thereof.

14.    Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 14 and therefore, Answering Defendant denies each and every allegation thereof.

15.    Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 15 and therefore, Answering Defendant denies each and every allegation thereof.

16.    Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 16 and therefore, Answering Defendant denies each and every allegation thereof.

17.    Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 17 and therefore, Answering Defendant denies each and every allegation thereof.

18.    Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 18 and therefore, Answering Defendant denies each and every allegation thereof.

19.    Answering Defendant has no information or belief sufficient to allow it to admit or deny the allegations of paragraph 19 and therefore, Answering Defendant denies each and every allegation thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state facts sufficient to constitute a claim for relief against this Answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

Answering Defendant is informed and believes that to the extent any transfer of property was made by the Debtor, such transfer was intended by the Debtor and

this Answering Defendant to be a contemporaneous exchange for new value, including moneys worth in goods, services, or new credit, and was, in fact, a substantially contemporaneous exchange.

**THIRD AFFIRMATIVE DEFENSE**

Answering Defendant alleges that any payments Integrated Mechanical Systems received from the debtor fall within the exception to preferential transfers as set forth in 11 U.S.C. Section 547(c)(2) in that any and all payments received by Integrated Mechanical Systems during the preference period were deliveries of monies by the Debtor: (a) in payment of a debt incurred by Peck/Jones Construction in the ordinary course of business or financial affairs of Peck/Jones Construction and Integrated Mechanical Systems; (b) made in the ordinary course of business or financial affairs of Peck/Jones Construction and Integrated Mechanical Systems; and (c) made according to ordinary business terms.

**FOURTH AFFIRMATIVE DEFENSE**

Answering Defendant alleges that potential payments to Answering Defendant from third parties, including property owner's representatives, for materials ordered against a credit account of the debtor, Peck/Jones, for required lawful releases of statutory mechanic's lien and/or stop notice rights and/or bond rights and other rights, constitute valuable and new consideration for which no preferential treatment may be applied and claims for repayment to the Trustee of such potential sums are improper and to the extent required, would unjustly enrich the Bankruptcy Estate and the Trustee.

**FIFTH AFFIRMATIVE DEFENSE**

Answering Defendant alleges that, after such transfer or transfers, Peck/Jones Construction received new value to or for the benefit of Peck/Jones Construction not secured by an otherwise unavoidable security interest, and on account of which new value did not make an otherwise unavoidable transfer to or for the benefit of Integrated Mechanical Systems.

-4-

ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT

**SIXTH AFFIRMATIVE DEFENSE**

Answering Defendant alleges that, to the extent transfers of property were made to Defendant as alleged in the Complaint, such transfers were not of property which constituted property of the debtor, but, rather, were disbursements of trust funds pursuant to a contract between Robert F. Kennedy Medical Center and the debtor, of Robert F. Kennedy Medical Center to Integrated Mechanical Systems for the labor and materials furnished by Integrated Mechanical Systems to the Robert F. Kennedy Medical Center.

**WHEREFORE**, Defendant, INTEGRATED MECHANICAL SYSTEMS, INC. prays as follows:

1. That Plaintiff take nothing by virtue of its Complaint;
2. That judgment be entered in favor of Defendant and against Plaintiff;
3. That Plaintiff recover its costs of suit; and
4. For such other and further relief that this court may deem just and proper.

DATED: February _11_, 2008

GLADYCH & ASSOCIATES, INC.

By: _____
RANDALL S. GURITZKY
Attorneys for Defendant, INTEGRATED
MECHANICAL SYSTEMS, INC.

-5-

AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1400 Bristol Street North, Ste. 270, Newport Beach, CA 92660.

On **February 20, 2008** I served the within document(s) described as: **AMENDED ANSWER TO COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS**, on the interested parties in this action as follows:

*SEE ATTACHED SERVICE LIST*

( )  **BY PERSONAL SERVICE:** I caused said document(s), to be hand-delivered by _____ on _____ 2005 to the parties at the address(es) listed on the attached    Service List.

(✓)  **BY MAIL:** I caused said documents, enclosed in sealed envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Newport Beach, California on the above date, addressed to those parties as indicated on the attached Service List. I am readily familiar with the firm's practice for collection and processing of mail. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

( )  **BY FACSIMILE:** I caused the above-referenced documents to be transmitted during normal business hours via facsimile from "Fax" no. 949-442-8946/9 to the parties and at the "Fax" numbers listed on the attached service list and I received electronic verification that said documents had been received complete and without error at the listed facsimile numbers. A copy of the transmission record is attached to this declaration.

-6-

AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT

Executed on February 20, 2008 at Newport Beach, California.

( ) **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

( ✓ ) **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

*Janelle James*
JANELLE JAMES

-7-

AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT

-8-

PECK/JONES, Debtor/NEILSON v. INTEGRATED MECHANICAL SYSTEMS, INC.
U.S. Bankruptcy Court, Central District Case No. ADV. NO. 07-01050-VZ

## SERVICE LIST

Atty. for Plaintiff R. TODD NEILSON, CHAP. 7 TRUSTEE:

John N. Tedford IV, Esq.
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2020 Century Park East, 3rd Floor
Los Angeles, CA 90067
Tel:   (310) 277-0077
Fax:   (310) 277-5735

AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT