# ORIGINAL

1 | John A. Gladych, Esq., Bar No. 139254
Randall S. Guritzky, Esq., Bar No. 119784

2 | GLADYCH & ASSOCIATES
1400 Bristol Street North, Suite 270

3 | Newport Beach, CA 92660
Telephone: (949) 442-8942

4 | Fax No.:    (949) 442-8949



**FILED**

FEB 22 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

5

6 | Attorneys for Defendant, INTEGRATED
MECHANICAL SYSTEMS, INC.

7

8

9 | UNITED STATES BANKRUPTCY COURT

10 | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

11

12 | In re:

13 | PECK/JONES CONSTRUCTION
CORPORATION,

14 |                                    Debtor.

15 | R. TODD NEILSON, CHAPTER 7 TRUSTEE,

16 |                                    Plaintiff,

17 | vs.

18 | INTEGRATED MECHANICAL SYSTEMS,
INC., a California corporation,

19

20 |                                    Defendant.

21

Case No.: LA 04-35757-VZ

Chapter 7

Adv. No. 07-01050-VZ

**NOTICE OF ORDER ON STIPULATION
TO ALLOW FILING OF AMENDED
ANSWER OF INTEGRATED
MECHANICAL SYSTEMS, INC. TO
COMPLAINT OF PLAINTIFF**

22

23 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

24

25 |     PLEASE TAKE NOTICE that on February 14, 2008, pursuant to the stipulation of the parties

26 | in the above-entitled matter, an Order was entered by the Honorable Vincent P. Zurzolo allowing the

27 | filing of Defendant PACIFIC WEST MECHANICAL, INC.'s Second Amended Answer to the

28 | Complaint of Plaintiff and reopening discovery. A true and correct copy of said Order is attached

-1-

**NOTICE OF STIPULATED ORDER**

ORIGINAL

1  hereto as Exhibit 1.

2

3  Dated:  February 20, 2008

4

5

6

7

GLADYCH & ASSOCIATES, INC.


By: _____
        JOHN A. GLADYCH, ESQ.
        RANDALL S. GURITZKY, ESQ.
        Attorneys for Defendant INTEGRATED
        MECHANICAL SYSTEMS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF STIPULATED ORDER**

1

## CERTIFICATE OF SERVICE

2
3
      I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 1400 Bristol Street North, Ste. 270, Newport Beach, CA 92660.

4
5
6
      On **February 20, 2008** I served the within document(s) described as: **NOTICE OF ORDER ON STIPULATION TO ALLOW FILING OF AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS, INC. TO COMPLAINT OF PLAINTIFF,** on the interested parties in this action as follows:

7
                          **SEE ATTACHED SERVICE LIST**

8
9
10
( )    **BY PERSONAL SERVICE:** I caused said document(s), to be hand-delivered by _____ on _____ 2005 to the parties at the address(es) listed on the attached Service List.

11
12
13
(✓)    **BY MAIL:**  I caused said documents, enclosed in sealed envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Newport Beach, California on the above date, addressed to those parties as indicated on the attached Service List.  I am readily familiar with the firm's practice for collection and processing of mail.  It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

14
15
16
(✓ )    **BY FACSIMILE:** I caused the above-referenced documents to be transmitted during normal business hours via facsimile from "Fax" no. 949-442-8946/9 to the parties and at the "Fax" numbers listed on the attached service list and I received electronic verification that said documents had been received complete and without error at the listed facsimile numbers.  A copy of the transmission record is attached to this declaration.

17
18
      Executed on February 20, 2008 at Newport Beach, California.

19
( ) **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

20
21
( ✓) **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

22
                          *Janelle James*
                          JANELLE JAMES

23
24
25
26
27
28

**NOTICE OF STIPULATED ORDER**

1   **PECK/JONES, Debtor/NEILSON v. INTEGRATED MECHANICAL SYSTEMS, INC.**
    U.S. Bankruptcy Court, Central District Case No. ADV. NO. 07-01050-VZ

2

3                             **SERVICE LIST**

4

    **Atty. for Plaintiff R. TODD NEILSON, CHAP. 7 TRUSTEE:**
5   John N. Tedford IV, Esq.
    DANNING, GILL, DIAMOND & KOLLITZ, LLP
6   2020 Century Park East, 3rd Floor
    Los Angeles, CA 90067
7   Tel:    (310) 277-0077
    Fax:    (310) 277-5735
8

9
    **United States Trustee:**
10  Office of the U.S. Trustee
    725 South Figueroa Street, 26th Floor
11  Los Angeles, CA 90017

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF STIPULATED ORDER**

EXHIBIT "1."

FEB 15 2008

FILED

FEB 14 2008

LODGED
FEB 12 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  John A. Gladych, Esq., Bar No. 139254
   Randall S. Guritzky, Esq., Bar No. 119784
2  GLADYCH & ASSOCIATES
   1400 Bristol Street North, Suite 270
3  Newport Beach, CA 92660
   Telephone: (949) 442-8942
4  Fax No.:    (949) 442-8949

5  Attorneys for Defendant,
   INTEGRATED MECHANICAL SYSTEMS, INC.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

   In re: PECK/JONES CONSTRUCTION,        )  Chapter 7
   INC.,                                  )  Case Number: LA 04-35757VZ
   Debtor,                                )
                                          )
                                          )  Adversary Number: 07-01050VZ
                                          )
   _____       )
                                          )
   R. TODD NEILSON, Chapter 7 Trustee,    )
                                          )  STIPULATION TO ALLOW FILING OF
              Plaintiff,                  )  AMENDED ANSWER OF INTEGRATED
                                          )  MECHANICAL SYSTEMS, INC. TO
        vs.                               )  COMPLAINT OF PLAINTIFF
17                                        )
18 INTEGRATED MECHANICAL SYSTEMS,         )
   INC.,                                  )
19            Defendants,                 )
                                          )
20                                        )
                                          )
21 _____

22      IT IS HEREBY STIPULATED by and between Plaintiff, R. TODD NEILSON,

23 Chapter 7 Trustee, through his attorneys, DANNING, GILL, DIAMOND & FOLLITZ,

24 LLP, and Defendant INTEGRATED MECHANICAL SYSTEMS, INC., through its

25 attorney, Randall S. Guritzky, as follows:

26      That Defendant, INTEGRATED MECHANICAL SYSTEMS, INC. may file and

27 serve its Amended Answer to include an additional affirmative defense of Defendant

28 as to the Complaint of Plaintiff, to wit, the Sixth Affirmative Defense to the Amended

                              -1-

STIPULATION TO ALLOW FILING OF AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS, INC.

EXHIBIT ___1___ PAGE ___6___

COPY

1  Complaint. A true and correct copy of the Amended Answer is attached hereto as

2  Exhibit "A";

3      That the parties agree to reopen discovery for a short time and for the limited

4  purpose of allowing the Trustee to serve written discovery upon Defendant in relation

5  to the additional affirmative defense, within ten (10) days of Court approval of this

6  Stipulation;

7      That Defendant shall have fifteen (15) days after service of such discovery to

8  respond to the discovery served by the Trustee upon Defendant; and

9      The final deadline for resolution of dispute by law and motion related to the

10  additional discovery shall be June 27, 2008.

11

12  DATED: 2|11|08                    GLADYCH & ASSOCIATES, INC.

13

14                          By: _____

15                              Randall S. Guritzky
                                Attorney for Defendant
16                              INTEGRATED MECHANICAL SYSTEMS,
                                INC.
17

18                              DANNING, GILL, DIAMOND & KOLLITZ,
19                              LLP

20  DATED: 2/11/08             By: _____

21                              Frank X. Ruggier
                                Attorneys for Plaintiff
22                              R. TODD NIELSON, Chapter 7 Trustee

23

24                          **ORDER**

25  Pursuant to the Stipulation of the parties, and good cause appearing:

26  **IT IS HEREBY ORDERED THAT:**

27  Defendant, INTEGRATED MECHANICAL SYSTEMS, INC. may file and serve

28  its Amended Answer to include an additional affirmative defense of Defendant as to

-2-

STIPULATION TO ALLOW FILING OF AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS, INC.

EXHIBIT___1___PAGE___7___

1   the Complaint of Plaintiff, to wit, the Sixth Affirmative Defense to the Complaint. A

2   true and correct copy of the Amended Answer is attached hereto as Exhibit "A".

3           That discovery is reopened for the limited purpose of allowing the Trustee to

4   serve written discovery upon Defendant in relation to the additional affirmative

5   defense, within ten (10) days of the date of this Order;

6           That Defendant shall have fifteen (15) days thereafter to respond to the

7   discovery served by the Trustee upon Defendant; and

8           The final deadline for resolution of dispute by law and motion related to the

9   additional discovery shall be June 27, 2008.

10

11 DATED:   2 / 14 / 08         VINCENT P. ZURZOLO

12                                  Honorable Vincent P. Zurzolo, Judge
                                      U.S. Bankruptcy Court, Central District

13                                     of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

# Exhibit "A"

EXHIBIT _1_ PAGE _9_

1  John A. Gladych, Esq., SB#139254
   Randall S. Guritzky, Esq., SB#119784
2  1400 Bristol Street North, Suite 270
   Newport Beach, CA 92660
3  Telephone: (949) 442-8942
   Facsimile:  (949) 442-8949
4
   Attorneys for Defendant,
5  INTEGRATED MECHANICAL SYSTEMS, INC.

6

7                    UNITED STATES BANKRUPTCY COURT

8                     CENTRAL DISTRICT OF CALIFORNIA

9                         LOS ANGELES DIVISION

10

11  In Re:                                    )   Case No. LA 04-35757-VZ
                                              )
12                                            )
    PECK/JONES CONSTRUCTION                   )   Chapter 7
13  CORPORATION,                              )
                                              )   Adv. No. 07-01050VZ
14          Debtor.                           )
                                              )   **AMENDED ANSWER TO COMPLAINT**
15  _____         )   **TO AVOID AND RECOVER**
                                              )   **PREFERENTIAL TRANSFERS**
16  R. TODD NEILSON, CHAPTER 7                )
17  TRUSTEE,                                  )
                                              )
18          Plaintiff,                        )
                                              )
19      vs.                                   )
                                              )
20                                            )
    INTEGRATED MECHANICAL SYSTEMS,            )
21  INC., a California corporation,           )
                                              )
22          Defendants.                       )
                                              )
23                                            )
                                              )
24  _____         )

25

26          COMES NOW, INTEGRATED MECHANICAL SYSTEMS, INC., a California

27  corporation, who answers the unverified Complaint of R. TODD NEILSON,

28  CHAPTER 7 TRUSTEE, as follows:

                                   -1-          EXHIBIT _1_ PAGE _10_
─────────────────────────────────────────────────────────────────
**AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT**

1        1.      Answering Defendant has no information or belief sufficient to allow it to

2    admit or deny the allegations of paragraph 1 and therefore, Answering Defendant

3    denies each and every allegation thereof.

4        2.      Answering Defendant has no information or belief sufficient to allow it to

5    admit or deny the allegations of paragraph 2 and therefore, Answering Defendant

6    denies each and every allegation thereof.

7        3.      Answering Defendant has no information or belief sufficient to allow it to

8    admit or deny the allegations of paragraph 3 and therefore, Answering Defendant

9    denies each and every allegation thereof.

10       4.      Answering Defendant admits the allegations of paragraph 4.

11       5.      Answering Defendant has no information or belief sufficient to allow it to

12   admit or deny the allegations of paragraph 5 and therefore, Answering Defendant

13   denies each and every allegation thereof.

14       6.      Answering Defendant has insufficient information or belief sufficient to

15   allow it to admit or deny the allegations of paragraph 6 and therefore, Answering

16   Defendant denies each and every allegation thereof.

17       7.      Answering Defendant admits that it is, and at all times herein mentioned

18   was, a corporation operating under and by virtue of the laws of the State of California.

19       8.      Answering Defendant denies the allegations contained in paragraph 9.

20       9.      Answering Defendant admits that Section 101(54) reads as Plaintiff

21   alleges it reads in paragraph 9.

22       10.     Answering Defendant admits that debtor made transfers to it as alleged

23   in paragraph 10.

24       11.     Paragraph 11 merely incorporates by reference the preceding

25   paragraphs of this Complaint.

26       12.     Answering Defendant has no information or belief sufficient to allow it to

27   admit or deny the allegations of paragraph 12 and therefore, Answering Defendant

28   denies each and every allegation thereof.

EXHIBIT___I___PAGE 11

**AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT**

1       13.    Answering Defendant has no information or belief sufficient to allow it to

2  admit or deny the allegations of paragraph 13 and therefore, Answering Defendant

3  denies each and every allegation thereof.

4       14.    Answering Defendant has no information or belief sufficient to allow it to

5  admit or deny the allegations of paragraph 14 and therefore, Answering Defendant

6  denies each and every allegation thereof.

7       15.    Answering Defendant has no information or belief sufficient to allow it to

8  admit or deny the allegations of paragraph 15 and therefore, Answering Defendant

9  denies each and every allegation thereof.

10      16.    Answering Defendant has no information or belief sufficient to allow it to

11 admit or deny the allegations of paragraph 16 and therefore, Answering Defendant

12 denies each and every allegation thereof.

13      17.    Answering Defendant has no information or belief sufficient to allow it to

14 admit or deny the allegations of paragraph 17 and therefore, Answering Defendant

15 denies each and every allegation thereof.

16      18.    Answering Defendant has no information or belief sufficient to allow it to

17 admit or deny the allegations of paragraph 18 and therefore, Answering Defendant

18 denies each and every allegation thereof.

19      19.    Answering Defendant has no information or belief sufficient to allow it to

20 admit or deny the allegations of paragraph 19 and therefore, Answering Defendant

21 denies each and every allegation thereof.

22             **AFFIRMATIVE DEFENSES**

23 **FIRST AFFIRMATIVE DEFENSE**

24      Plaintiff's Complaint fails to state facts sufficient to constitute a claim for relief

25 against this Answering Defendant.

26 **SECOND AFFIRMATIVE DEFENSE**

27      Answering Defendant is informed and believes that to the extent any transfer

28 of property was made by the Debtor, such transfer was intended by the Debtor and

-3-

EXHIBIT __1__ PAGE __12__

**AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT**

1  this Answering Defendant to be a contemporaneous exchange for new value,

2  including moneys worth in goods, services, or new credit, and was, in fact, a

3  substantially contemporaneous exchange.

4  **THIRD AFFIRMATIVE DEFENSE**

5          Answering Defendant alleges that any payments Integrated Mechanical

6  Systems received from the debtor fall within the exception to preferential transfers as

7  set forth in 11 U.S.C. Section 547(c)(2) in that any and all payments received by

8  Integrated Mechanical Systems during the preference period were deliveries of monies

9  by the Debtor: (a) in payment of a debt incurred by Peck/Jones Construction in the

10  ordinary course of business or financial affairs of Peck/Jones Construction and

11  Integrated Mechanical Systems; (b) made in the ordinary course of business or financial

12  affairs of Peck/Jones Construction and Integrated Mechanical Systems; and (c) made

13  according to ordinary business terms.

14  **FOURTH AFFIRMATIVE DEFENSE**

15          Answering Defendant alleges that potential payments to Answering Defendant

16  from third parties, including property owner's representatives, for materials ordered

17  against a credit account of the debtor, Peck/Jones, for required lawful releases of

18  statutory mechanic's lien and/or stop notice rights and/or bond rights and other rights,

19  constitute valuable and new consideration for which no preferential treatment may be

20  applied and claims for repayment to the Trustee of such potential sums are improper

21  and to the extent required, would unjustly enrich the Bankruptcy Estate and the

22  Trustee.

23  **FIFTH AFFIRMATIVE DEFENSE**

24          Answering Defendant alleges that, after such transfer or transfers, Peck/Jones

25  Construction received new value to or for the benefit of Peck/Jones Construction not

26  secured by an otherwise unavoidable security interest, and on account of which new

27  value did not make an otherwise unavoidable transfer to or for the benefit of Integrated

28  Mechanical Systems.

EXHIBIT ___L___ PAGE 13

**AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT**

1    **SIXTH AFFIRMATIVE DEFENSE**

2        Answering Defendant alleges that, to the extent transfers of property were made

3    to Defendant as alleged in the Complaint, such transfers were not of property which

4    constituted property of the debtor, but, rather, were disbursements of trust funds

5    pursuant to a contract between Robert F. Kennedy Medical Center and the debtor, of

6    Robert F. Kennedy Medical Center to Integrated Mechanical Systems for the labor

7    and materials furnished by Integrated Mechanical Systems to the Robert F. Kennedy

8    Medical Center.

9

10    **WHEREFORE**, Defendant, INTEGRATED MECHANICAL SYSTEMS, INC. prays as

11    follows:

12        1.    That Plaintiff take nothing by virtue of its Complaint;

13        2.    That judgment be entered in favor of Defendant and against Plaintiff;

14        3.    That Plaintiff recover its costs of suit; and

15        4.    For such other and further relief that this court may deem just and

16            proper.

17

18    DATED: February 11, 2008

19                                GLADYCH & ASSOCIATES, INC.

20

21                    By:    _____

22                                RANDALL S. GURITZKY
                                Attorneys for Defendant, INTEGRATED
23                                MECHANICAL SYSTEMS, INC.

24

25

26

27

28

EXHIBIT _____ PAGE 14

-5-

**AMENDED ANSWER OF INTEGRATED MECHANICAL SYSTEMS TO ADVERSARY COMPLAINT**

```
Transaction Report

Send
Transaction(s) completed

No.  TX Date/Time   Destination                    Duration P.#    Result   Mode

109 FEB-20   12:24 310 277 3048                    0'01'22' 015    OK       N  ECM
```

# GLADYCH & ASSOCIATES, INC.

## A Professional Law Corporation

1400 Bristol Street North, Suite 270
Newport Beach, California 92660
Office No. (949) 442-8942
Fax No. (949) 442-8949

### TELECOPIER TRANSMITTAL
### **FOR IMMEDIATE DELIVERY**

**TO:**              John Tedford IV, Esq.

**COMPANY:**      DANNING, GILL, DIAMOND & KOLLITZ, LLP

**TOTAL NUMBER OF PAGES:** _15_ (Including Cover Page)

**DESTINATION FAX NUMBER:**   (310) 277-5735

**TELEPHONE NUMBER:**       (310) 277-0077

**FROM:**   Janelle James for Randall Guritzky

**RE:**  Peck/Jones Construction v. Integrated Mechanical Systems, etc.,
Our File No.: 384.101

**DATE:**      February 20, 2008

**COMMENTS:**    Transmitted please find the Notice of Order on Stipulation to Allow
Filing of Amended Answer of Integrated mechanical systems, Inc. to
Complaint of Plaintiff, including a copy of Judge Zurzulo's Order.

IF YOU HAVE ANY PROBLEMS WITH TRANSMISSION CALL 949 442-8942.

# GLADYCH & ASSOCIATES, INC.

### A Professional Law Corporation
1400 Bristol Street North, Suite 270
Newport Beach, California 92660
Office No. (949) 442-8942
Fax No. (949) 442-8949



## TELECOPIER TRANSMITTAL
## **FOR IMMEDIATE DELIVERY**

**TO:**        John Tedford IV, Esq.

**COMPANY:**    DANNING, GILL, DIAMOND & KOLLITZ, LLP

**TOTAL NUMBER OF PAGES:** _15_ (Including Cover Page)

**DESTINATION FAX NUMBER:**   (310) 277-5735

**TELEPHONE NUMBER:**      (310) 277-0077

**FROM:**    Janelle James for Randall Guritzky

**RE:**  <u>Peck/Jones Construction v. Integrated Mechanical Systems, etc.,</u>
Our File No.: 384.101

**DATE:**      **February 20, 2008**

**COMMENTS:**      **Transmitted please find the Notice of Order on Stipulation to Allow
Filing of Amended Answer of Integrated mechanical systems, Inc. to
Complaint of Plaintiff, including a copy of Judge Zurzulo's Order.**

IF YOU HAVE ANY PROBLEMS WITH TRANSMISSION CALL 949 442-8942.

**IMPORTANT:** THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS
ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE
UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR
AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT
ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED IF YOU HAVE
RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE
ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.