1  GEORGE E. SCHULMAN (State Bar No. 064572)
   FRANK X. RUGGIER (State Bar No. 198863)
2  JOHN N. TEDFORD, IV (State Bar No. 205537)
   DANNING, GILL, DIAMOND & KOLLITZ, LLP
3  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
4  Telephone: (310) 277-0077
   Facsimile: (310) 277-5735
5
   Attorneys for Plaintiff R. Todd Neilson,
6  Chapter 7 Trustee

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11

12 In re                          ) Case No. 2:04-35757-VZ
                                  )
13 PECK/JONES CONSTRUCTION        ) Chapter 7
   CORPORATION,                   )
14                                )
         Debtor.                  )
15 _____)
                                  )
16 R. TODD NEILSON, CHAPTER 7 TRUSTEE, ) Adv. No. 2:07-01050-VZ
                                  )
17       Plaintiff,               ) **NOTICE OF CONTINUANCE OF PRE-**
                                  ) **TRIAL CONFERENCE**
18    vs.                         )
                                  ) Date:  March 27, 2008
19 INTEGRATED MECHANICAL SYSTEMS, ) Time:  11:00 a.m.
   INC., a California corporation, ) Place: Courtroom 1368
20                                )        255 E. Temple St.
         Defendant.               )        Los Angeles, CA
21 _____)

22      **PLEASE TAKE NOTICE** that the Court, on its own motion, has continued the Pre-Trial

23 Conference in the within adversary proceeding from March 6, 2008, at 11:00 a.m., to March 27,

24 2008, at 11:00 a.m., in the United States Bankruptcy Court, Central District of California, Los

25 Angeles Division, in Courtroom 1368, located at 255 E. Temple St., Los Angeles, California.

26      **PLEASE TAKE FURTHER NOTICE** that the Court continued the Pre-Trial Conference

27 to March 27, 2008, prior to the filing by the parties of their *Stipulation Setting Deadlines Relating*

28 *to Expert Discovery, and Continuing Pre-Trial Conference* (docket entry no. 19). Accordingly, the

320846.01 [XP] 24132

1 | Court's continuance of the Pre-Trial Conference does not constitute a denial of such stipulation.

2 | As of the date of service of this notice, the stipulation has been neither approved nor denied.

3

4 | Dated: March 12, 2008          DANNING, GILL, DIAMOND & KOLLITZ, LLP

5

6                                          By: [signature]

    John N. Tedford, IV
7   Attorneys for Plaintiff R. Todd Neilson,
    Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

320846.01 [XP] 24132

# PROOF OF SERVICE

I, Cindy Cripe, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On March 12, 2008, I served the following document(s): **NOTICE OF CONTINUANCE OF PRE-TRIAL CONFERENCE**

on the interested parties addressed as follows:

<u>Attorneys for Defendant</u>
Randall S. Guritzky, Esq.
Gladych & Associates
1400 Bristol Street North, Suite 270
Newport Beach, CA 92660

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on March 12, 2008, at Los Angeles, California.

Cindy Cripe
(Type or print name)                    (Signature)

3

320846.01 [XP] 24132