| | |
|---|---|
| 1  GEORGE E. SCHULMAN (State Bar No. 064572)<br>   FRANK X. RUGGIER (State Bar No. 198863)<br>2  JOHN N. TEDFORD, IV (State Bar No. 205537)<br>   DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>3  2029 Century Park East, Third Floor<br>   Los Angeles, California 90067-2904<br>4  Telephone: (310) 277-0077<br>   Facsimile: (310) 277-5735 | **FILED & ENTERED**<br><br>**MAR 13 2008**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY speters    DEPUTY CLERK** |

Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor. | Case No. 2:04-35757-VZ<br><br>Chapter 7 |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>Defendant. | Adv. No. 2:07-01050-VZ<br><br>**ORDER APPROVING STIPULATION SETTING DEADLINES RELATING TO EXPERT DISCOVERY, AND CONTINUING PRE-TRIAL CONFERENCE [*DOCKET ENTRY # 19*]**<br><br>*PREVIOUS DATE AND TIME OF PRE-TRIAL CONFERENCE*<br>Date:   March 27, 2008<br>Time:   11:00 a.m.<br><br>*CONTINUED DATE AND TIME*<br>Date:   August 21, 2008<br>Time:   11:00 a.m.<br>Place:  Courtroom 1368<br>        255 E. Temple St.<br>        Los Angeles, CA |

The Court having read and considered the *Stipulation Setting Deadlines Relating to Expert Discovery, and Continuing Pre-Trial Conference* (the "Stipulation") filed on March 6, 2008 (*Docket Entry # 19*) in the within adversary proceeding, for good cause appearing, it is

321394.01 [XP] 24132

**ORDERED THAT:**

1. The stipulation is approved.

2. The date by which the Trustee must designate his expert pursuant to Federal Rule of Civil Procedure 26(a)(2) is March 6, 2008.

3. The date by which the Trustee must serve his expert report pursuant to Federal Rule of Civil Procedure 26(a)(2) is April 3, 2008.

4. The date by which the parties must complete expert-related discovery conducted pursuant to Federal Rule of Civil Procedure 26(b)(4) is May 13, 2008.

5. The date by which pre-trial motions relating to expert discovery must be heard is June 27, 2008.

6. The pre-trial conference shall be continued from March 27, 2008, to August 21, 2008, at 11:00 a.m., with a Pre-Trial Stipulation and Order to be filed by no later than two weeks prior to such date.

####

DATED: March 13, 2008

_____
United States Bankruptcy Judge

2

321394.01 [XP] 24132

**PROOF OF SERVICE**

I, Cindy Cripe, declare:

I am employed by the law firm of Danning, Gill, Diamond & Kollitz, LLP, in the county of Los Angeles, state of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On **March 6, 2008**, I served the following document(s): **ORDER APPROVING STIPULATION TO EXTEND CERTAIN DEADLINES RELATING TO EXPERT DISCOVERY [*DOCKET ENTRY # 19*]**

On the interested parties addressed as follows:

**Attorneys for Defendant**
Randall S. Guritzky, Esq.
Gladych & Associates
1400 Bristol Street North, Suite 270
Newport Beach, CA 92660

(By mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the u.s. postal service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on **March 6, 2008**, at Los Angeles, California.

| Cindy Cripe | / s / |
|---|---|
| (Type Or Print Name) | (Signature) |

3

321394.01 [XP] 24132

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST FOR ENTERED ORDER

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| **Attorneys for Plaintiff**<br>John N. Tedford, IV<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, CA  90067<br>jtedford@dgdk.com | **Attorneys for Defendant**<br>Randall S. Guritzky, Esq.<br>Gladych & Associates<br>1400 Bristol Street North, Suite 270<br>Newport Beach, CA 92660 |

321394.01 [XP] 24132

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0973-2            User: admin              Page 1 of 1             Date Rcvd: Mar 13, 2008
Case: 07-01050                  Form ID: pdf031          Total Served: 5

The following entities were served by first class mail on Mar 15, 2008.
aty          +John N Tedford IV,   Danning Gill Diamond & Kollitz LLP,   2029 Century Park E 3rd Fl,
               Los Angeles, Ca 90067-2901
aty          +Kim Tung,   Danning Gill Diamond & Kollitz,   2029 Century Park East 3rd Fl,
               Los Angeles, CA 90067-2901
aty          +Randall S Guritzky,   Gladych & Associates, Inc,   1400 Bristol Street North,
               Newport Beach, CA 92660-2911
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
pla          +R Todd Neilson,   2029 Century Park East Ste 900,   Los Angeles, CA 90067-2910

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           a California corp Integrated Mechanical Systems In,   Unknown
                                                                                        TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2008              Signature:    *Joseph Speetjens*