GEORGE E. SCHULMAN (State Bar No. 064572)
FRANK X. RUGGIER (State Bar No. 198863)
JOHN N. TEDFORD, IV (State Bar No. 205537)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Plaintiff R. Todd Neilson, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>  Debtor. | Case No. 2:04-35757-VZ<br><br>Chapter 7 |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>  Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>  Defendant. | Adv. No. 2:07-01050-VZ<br><br>**STIPULATION TO EXTEND CERTAIN DEADLINES RELATING TO EXPERT DISCOVERY**<br><br>[Proposed order approving stipulation electronically lodged separately]<br><br>[No hearing required] |

Plaintiff R. Todd Neilson, Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the "Debtor"), and Defendant Integrated Mechanical Systems, Inc. ("IMS"), by and through counsel, hereby request that the Court approve the within stipulation of the parties.

///

///

-1-

323310.01 [XP]    24132

## STIPULATION

WHEREAS, on or about December 14, 2004 (the "Petition Date"), an involuntary Chapter 7 petition for relief was filed against the Debtor;

WHEREAS, on or about January 21, 2005, the Court entered its Order for Relief in the Debtor's bankruptcy case;

WHEREAS, the Trustee accepted appointment as the Chapter 7 trustee for the Debtor's estate and continues to serve in such capacity for the benefit of creditors;

WHEREAS, on or about January 19, 2007, the Trustee filed his Complaint to Avoid and Recover Preferential Transfers (the "Complaint") with the Court against IMS;

WHEREAS, on or about June 27, 2007, IMS filed an answer to the Complaint;

WHEREAS, on or about March 13, 2008, the Court entered an order in this adversary proceeding providing, among other things, that (a) the date by which the Trustee was to designate his experts was March 6, 2008; (b) the date by which the Trustee is to serve his expert reports is April 3, 2008; (c) the date by which the parties are to complete expert-related discovery is May 13, 2008; (d) the last date by which pre-trial motions relating to expert discovery must be heard is June 27, 2008; and (e) a pre-trial conference will be held on August 21, 2008, at 11:00 a.m.;

WHEREAS, IMS timely served a designation of Vachik Armenian, of IMS, Stefan Malczewski of Pacific West Mechanical, Inc., and John A. Gladych, Esq. of Gladych & Associates, as its experts;

WHEREAS, the Trustee timely served a designation of Alan Cade, CPC, of DACM Project Management as his expert;

WHEREAS, the Trustee timely served his expert's report;

WHEREAS, the Trustee's expert served Revision Number One to his expert's report on May 9, 2008, the date which was noticed for Mr. Cade's deposition;

WHEREAS, the Parties have mutually agreed to depositions of the designated experts as follows: Mr. Cade on May 15, 2008; Mr. Armenian on May 15, 2008; with Mr. Gladych and/or Mr. Malczewski during week of June 26, 2008; and

-2-

323310.01 [XP]    24132

WHEREAS, the Parties wish to extend the expert discovery deadlines, so that IMS can review Revision Number One to the Trustee's expert's supplemental report before his deposition, so that IMS' expert can complete and serve its experts report, and so that the depositions of the several experts can occur at the mutually convenient times as stated above.

**WHEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1. The date by which IMS shall serve its expert's report(s) pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be extended from February 15, 2008, to May 30, 2008.

2. The date by which the parties shall complete expert-related discovery conducted pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be extended from May 13, 2008, to June 27, 2008.

3. The last date by which pre-trial motions relating to expert discovery shall be heard shall be extended from June 27, 2008 to August 8, 2008.

4. The date and time of the pre-trial conference shall remain August 21, 2008, at 11:00 a.m., with a Pre-Trial Stipulation and Order to be filed two weeks before the pre-trial conference.

Dated: May 9, 2008

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
Frank X. Ruggier
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

Dated: May 9, 2008

GLADYCH & ASSOCIATES

By: _____
Randall S. Guritzky
Attorneys for Defendant Integrated
Mechanical Systems, Inc.

-3-

323310.01 [XP]    24132

# PROOF OF SERVICE

I, Iris Yao, declare:

I am employed by the law firm of Danning, Gill, Diamond & Kollitz, LLP, in the county of Los Angeles, state of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On **March 9, 2008**, I served the following document(s): **STIPULATION TO EXTEND CERTAIN DEADLINES RELATING TO EXPERT DISCOVERY**

On the interested parties addressed as follows:

<u>Attorneys for Integrated Mechanical, Systems, Inc.</u>
Randall S. Guritzky, Esq.
Gladych & Associates
1400 Bristol Street North, Suite 270
Newport Beach, CA 92660

(By mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the u.s. postal service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on **March 9, 2008**, at Los Angeles, California.

_____Iris Yao_____          _____(Signature)_____
(Type Or Print Name)

-4-

323310.01 [XP]    24132