1  GEORGE E. SCHULMAN (State Bar No. 064572)
   FRANK X. RUGGIER (State Bar No. 198863)
2  JOHN N. TEDFORD, IV (State Bar No. 205537)
   DANNING, GILL, DIAMOND & KOLLITZ, LLP
3  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
4  Telephone:  (310) 277-0077
   Facsimile:  (310) 277-5735
5
   Plaintiff R. Todd Neilson, Chapter 7 Trustee
6

FILED & ENTERED

MAY 20 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:04-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| Debtor. | |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | Adv. No. 2:07-01050-VZ |
| Plaintiff, | **ORDER APPROVING STIPULATION TO EXTEND CERTAIN DEADLINES RELATING TO EXPERT DISCOVERY** |
| vs. | |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,, | |
| Defendant. | |

The Court having read and considered the *Stipulation to Extend Certain Deadlines Relating to Expert Discovery* (the "Stipulation") filed on or about May 9, 2008 in the within adversary proceeding, for good cause appearing, it is

**ORDERED THAT:**

1. The stipulation is approved.

///

-1-

323916.01 [XP]    24132

2. The date by which IMS must serve its expert's report(s) pursuant to Federal Rule of Civil Procedure 26(a)(2) is extended from February 15, 2008, to May 30, 2008.

3. The date by which the parties must complete expert-related discovery conducted pursuant to Federal Rule of Civil Procedure 26(b)(4) is extended from May 13, 2008, to June 27, 2008.

4. The last date by which pre-trial motions relating to expert discovery must be heard is extended from June 27, 2008 to August 8, 2008.

5. Subject to further Court order, the date and time of the pre-trial conference remains August 21, 2008, at 11:00 a.m., with a Pre-Trial Stipulation and Order to be filed no later than two weeks before the pre-trial conference.

####

DATED: May 20, 2008

_____
United States Bankruptcy Judge

-2-

323916.01 [XP]        24132

# **PROOF OF SERVICE**

I, Iris Yao, declare:

I am employed by the law firm of Danning, Gill, Diamond & Kollitz, LLP, in the county of Los Angeles, state of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On **March 9, 2008**, I served the following document(s): **ORDER APPROVING STIPULATION TO EXTEND CERTAIN DEADLINES RELATING TO EXPERT DISCOVERY**

On the interested parties addressed as follows:

Attorneys for Integrated Mechanical, Systems, Inc.
Randall S. Guritzky, Esq.
Gladych & Associates
1400 Bristol Street North, Suite 270
Newport Beach, CA 92660

(By mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the u.s. postal service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on **March 9, 2008**, at Los Angeles, California.

| Iris Yao | /s/ |
|---|---|
| (Type Or Print Name) | (Signature) |

**SERVICE LIST FOR ENTERED ORDER**

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| **Attorneys for Plaintiff**<br>John N. Tedford, IV<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, CA  90067<br>jtedford@dgdk.com | Attorneys for Integrated Mechanical, Systems, Inc.<br>Randall S. Guritzky, Esq.<br>Gladych & Associates<br>1400 Bristol Street North, Suite 270<br>Newport Beach, CA 92660 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

323916.01 [XP]        24132