GEORGE E. SCHULMAN (State Bar No. 064572)
JOHN N. TEDFORD, IV (State Bar No. 205537)
AARON E. DE LEEST (State Bar No. 216832)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Plaintiff R. Todd Neilson, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>    Debtor.<br><br>R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>    Defendant. | Case No. 2:04-35757-VZ<br><br>Chapter 7<br><br><br><br>Adv. No. 2:07-01050-VZ<br><br>**MOTION TO EXCLUDE EVIDENCE**<br><br>Date:   August 21, 2008<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>         255 E. Temple St.<br>         Los Angeles, CA 90012 |

Plaintiff R. Todd Neilson, Chapter 7 trustee (the "Trustee" or "Plaintiff") for the estate of Peck/Jones Construction Corporation (the "Debtor") moves to exclude certain trial exhibits of Defendant Integrated Mechanical Systems, Inc. ("IMS" or "Defendant") as follows:

-1-

327136.01 [XP]    24132

| EXH. NO. | DESCRIPTION | OBJECTION |
|---|---|---|
| F | Conditional Waiver and Release Upon Progress Payment of Defendant dated July 1, 2004. | Relevance; lack of foundation; lack of authentication. Fed R. Evid. 401, 901. |
| G | Checks paid to others dated September and October 2004 for Pay Application #34 | Relevance; lack of foundation; lack of authentication. Fed R. Evid. 401, 901. |

Exhibit F is not attached to Appendix 2 to the Pre-Trial Stipulation. Accordingly, Plaintiff has not been able to review Exhibit F or determine its authenticity or relevance to the adversary proceeding.

Exhibit G is a series of checks that Defendant describes as "Checks paid to others dated September and October 2004 for Pay Application #34." Plaintiff disputes that Exhibit G is what Defendant claims it to be and relevance to the adversary proceeding. Exhibit G is, in fact, a series of checks that were attached to the deposition transcript of Gary Melnik. They do not all pertain to Payment Application 34 and the Robert F. Kennedy ("RFK") Medical Center Psychiatric Unit/Central Storage Remodel and New Patient Tower. For example, the check payable to Weiss Sheet Metal is for the Redlands Community Hospital - Conference and Support Services Building project and has nothing to do with Payment Application 34 for the RFK project.

Based on the above objection, the Court should exclude Exhibits F and G from use at trial in this matter.

Dated: August 7, 2008

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: /s/
Aaron E. de Leest
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

-2-

327136.01 [XP]    24132

**PROOF OF SERVICE**

I, Martha Gonzalez, declare:

I am the principal of a professional corporation which is a partner in the law firm of Danning, Gill, Diamond & Kollitz, LLP, in the county of Los Angeles, state of California. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On August 7, 2008, I served the following document(s):

**MOTION TO EXCLUDE EVIDENCE**

on the interested parties as follows:

<u>Attorneys for Integrated Mechanical Systems, Inc.</u>
Randall S. Guritzky, Esq.
Gladych & Associates. Inc.
1400 Bristol Street North, Suite 270
Newport Beach, CA 92660

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on August 7, 2008, at Los Angeles, California.

| Martha Gonzalez | _/s/ Martha Gonzalez_ |
|---|---|
| (Type Or Print Name) | (Signature) |

327136.01 [XP]    24132