1  John A. Gladych, Esq., Bar No. 139254
   Randall S. Guritzky, Esq., Bar No. 119784
2  GLADYCH & ASSOCIATES
   1400 Bristol Street North, Suite 270
3  Newport Beach, CA 92660
   Telephone: (949) 442-8942
4  Fax No.:    (949) 442-8949

5

   Attorneys for Defendant, INTEGRATED
6  MECHANICAL SYSTEMS, INC.

7

```
FILED

AUG 20 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk
```

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11

12  In re                              ) Case No. 2:04-35757-VZ
                                       )
13  PECK/JONES CONSTRUCTION            ) Chapter 7
    CORPORATION,                       )
14                                     )
             Debtor.                   )
15                                     )
    _____)
16  R. TODD NEILSON, CHAPTER 7         ) Adv. No. 2:07-01050-VZ
    TRUSTEE,                           )
17                                     ) **RESPONSE TO MOTION TO**
             Plaintiff,                ) **EXCLUDE EVIDENCE AT TRIAL**
18                                     )
         vs.                           )
19                                     ) **Date:  August 21, 2008**
    INTEGRATED MECHANICAL SYSTEMS,     ) **Time: 11:00 a.m.**
20  INC., a California corporation,    ) **Place: Courtroom 1368**
                                       )        255 E. Temple St.
21           Defendant.                )        Los Angeles, CA 90012
                                       )
22  _____)

23

24         Defendant Integrated Mechanical Systems, Inc. ("IMS" or "Defendant"), by and

25  through counsel, submits the following response to Plaintiff, R. TODD NEILSEON,

26  CHAPTER 7 TRUSTEE's Motion to Exclude Evidence at Trial:

ORIGINAL

**1.  EXHIBIT F – CONDITIONAL WAIVER & RELEASE DATED JULY 1, 2004**

Response:  Not contested.

**2.  EXHIBIT "G"-CHECKS PAID TO OTHERS DATED SEPTEMBER  AND OCTOBER 2004 FOR PAY APPLICATION #34**

*Objection-Relevance; lack of foundation; lack of authentication.  Fed. R. Evid. 401, 901*

Response:  Not contested as to check payable to Weiss Sheet Metal as said check is for a job other than Robert F. Kennedy ("RFK") Medical Center Psychiatric.  Contested as to all other checks related to RFK as said evidence is directly relevant to the issue of the Defendant's "ordinary course of business" defense.  All other documents in this case have been stipulated as to their authenticity and foundation.  The checks were issued by the debtor.

Wherefore, Defendant respectfully requests that this court overrule Plaintiff's objection as to the checks of Exhibit "G" other than the Weiss Sheet Metal check not related to RFK.

Dated:  August  19, 2008

GLADYCH & ASSOCIATES, INC.

By: _____
     Randall S. Guritzky
     Attorneys for Defendant Integrated
     Mechanical Systems, Inc.

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1400 Bristol Street North, Ste. 270, Newport Beach, CA 92660.

On August 19, 2008 I served the within document(s) described as: RESPONSE TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE AT TRIAL on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

(  )    BY PERSONAL SERVICE: I caused said document(s), to be hand-delivered by _____ on _____ 2005 to the parties at the address(es) listed on the attached        Service List.

(X)    BY MAIL: I caused said documents, enclosed in sealed envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Newport Beach, California on the above date, addressed to those parties as indicated on the attached Service List. I am readily familiar with the firm's practice for collection and processing of mail. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

(  )    BY FACSIMILE: I caused the above-referenced documents to be transmitted during normal business hours via facsimile from "Fax" no. 949-442-8946/9 to the parties and at the "Fax" numbers listed on the attached service list and I received electronic verification that said documents had been received complete and without error at the listed facsimile numbers. A copy of the transmission record is attached to this declaration.

Executed on August 19, 2008 at Newport Beach, California.

(  ) (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

JANELLE JAMES

1  PECK/JONES, Debtor/NEILSON v. INTEGRATED MECHANICAL SYSTEMS, INC.
   U.S. Bankruptcy Court, Central District Case No. ADV. NO. 07-01050-VZ

2

3                              SERVICE LIST

4

   **Atty. for Plaintiff R. TODD NEILSON, CHAP. 7 TRUSTEE:**
5  John N. Tedford IV, Esq.
   DANNING, GILL, DIAMOND & KOLLITZ, LLP
6  2020 Century Park East, 3rd Floor
   Los Angeles, CA 90067
7  Tel:    (310) 277-0077
   Fax:    (310) 277-5735

8

9

10

11    G:\384.101\IMS.S.ROGS(1).RES.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

INTEGRATED MECHANICAL SYSTEMS, INC. RESPONSE TO MOTION TO EXCLUDE