6    that amount.

7         I was requested to almost overpay to the tune

8    of $1.2 million, and I had told the corporate people at

9    Peck/Jones that I was aware of the fact that they were

10   in financial trouble.  I also knew from several

11   contractors that Peck/Jones was up for sale.  Many major

18   and cancel their contract as gentlemen.

19        They assured me at that point in time that they

20   had every intention of completing this project, but I

21   also assured them that I would not pay them one dime

22   more than the work in progress.

          Q    When did this meeting occur?

5    for bankruptcy, but they were put into involuntary

6    bankruptcy by some of their creditors.

7         Is their going into an involuntary bankruptcy

1    $1,125,000, if I wrote that --

2        A    I believe it was $1.2 million, but something in

3    that neighborhood.

~~6        Q    What's an overpayment?~~

11            And I very judiciously, you know, decided

12    that -- you know, I met with my inspector and went over

13    their pay drafts, and I would not approve that payment.

14        Q    That's part of your job; isn't that right?

15        A    That's correct.

16            Then their project manager at the time -- his

23    threatened me in the presence of my secretary, Angela.

24    And she graciously decided that she would, and I quote,

25    kick his butt to the curb.  So --

37

MICHELS COURT REPORTERS

1    Q    We need to hire Angela.

2    A    She's a wonderful person.

11    A    Absolutely not.  And that was expressly

12    forbidden in this particular project.

13    Q    And I take it from your testimony that the

14    Daughters of Charity did not fall for this ploy.

15    A    Not in the least.

16    Q    And they were waiting for you to approve the

17    pay application.

24    Q    You said you were aware that Peck/Jones was for

25    sale.  How were you aware of that, sir?

38

MICHELS COURT REPORTERS

1      A      I had two major contractors, including Turner,

2      that called me to give me a head's up.  Because we all

10      A      I don't know that.  That was the rumor on the

11      street.

12      Q      How long did this meeting run that you held in

13      your offices next to the morgue at RFK with the

14      Peck/Jones people?

15      A      It was a long and uncomfortable meeting, but I

16      believe it lasted about an hour.

25      Q      Did they tell you what they intended to do?

39

MICHELS COURT REPORTERS

1    A    No.

2    Q    Did anything else come of that meeting?

3    A    I don't recall anything else.

4    Q    Can a contractor on a job agree to pay for

13    Systems.  And one of the things that Integrated

14    Mechanical Systems contracted for is to purchase some

15    equipment from DMG; is that correct?

16    A    That's correct.

17    Q    Could Peck/Jones have agreed to purchase the

1    Q    Can a contractor change the terms of how that

2    deal flow is supposed to be working during the deal?

3    A    Yes.

4    Q    They are permitted to do so.

5    A    Yes.

6    Q    How often does that occur?

7    A    In this particular case with Peck/Jones, I

8    don't know.