John A. Gladych, Esq., Bar No. 139254
Randall S. Guritzky, Esq., Bar No. 119784
GLADYCH & ASSOCIATES
1400 Bristol Street North, Suite 270
Newport Beach, CA 92660
Telephone: (949) 442-8942
Fax No.: (949) 442-8949

FILED
NOV 26 2008
U.S. BANKRUPTCY COURT
DISTRICT OF CALIFORNIA
Deputy Clerk

Attorneys for Defendant, INTEGRATED MECHANICAL SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: | LA 04-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| Debtor. | Adv. No. 07-01050-VZ |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | **DECLARATION OF VACHIK ARMENIAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER EXCLUDING WITNESSES** |
| Plaintiff, | HEARING DATES PENDING: |
| vs. | PRE-TRIAL CONFERENCE |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, | DATE: December 11, 2008<br>TIME: 11:30 A.M.<br>ROOM: 1368 |
| Defendant. | |

I, VACHIK ARMENIAN, declare as follows:

I am over the age of eighteen. I am the Vice President of Defendant, INTEGRATED MECHANICAL SYSTEMS, INC.. My business address is 2390 Bateman Avenue, Irwindale, California. I have personal knowledge of the matters stated herein and if

1

called as a witness I could and would testify competently thereto and under oath.

1. I have extensive knowledge and experience in the construction industry, approximately <u>twenty (24) years,</u> in the construction industry. I am currently holding the position of project executive, which includes supervision of project managers and accounting.

2. My experience includes construction of numerous private works projects, such as the project at issue in this case.

3. I have worked on hundreds and hundreds of private works projects, including approximately fifteen (15) – twenty (20) such private works projects of a similar size and scope as the RFK project.

4. I am also the Vice President of IMS, a company specializing in all aspects of the private sector. My experience is broken down into a percentage of approximately 95% private works projects, 5% public works projects.

5. I have extensive experience in all aspects of construction relating to both private works projects and public works projects.

6. IMS possesses a C20-HVAC Contractor's license, issued by the California Contractors State License Board. Further, IMS is a member of "ASHRAY", the American Society of Heating Refrigeration Air Conditioners Inc., as well as "ACSMA", Air Conditioning Sheet Metal Association, and others.

7. I have reviewed all my job files and project documents and files related to the RFK project. Based upon my review of the extensive documentation, and my vast knowledge and experience in the construction industry, the payments in question were made in the ordinary course of business or financial affairs of Peck/Jones and IMS, and made according to ordinary business terms in the industry. The process of the submission of

2

1  Invoices and Payment Applications, as well as the use of Conditional Waivers and Releases,
2  and Unconditional Waivers and Releases by IMS, in exchange for payments by the general
3  contractor, i.e., Peck/Jones in this case, and the submission of documents by Peck/Jones to
4  RFK in exchange for its receipt of payment, are ordinary course transactions, made pursuant
5  to the ordinary course of business between Peck/Jones and IMS, and pursuant to ordinary
6  business terms.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of November, 2008, at Irwindale, CA.

Vachik Armenian, Declarant

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1400 Bristol Street North, Ste. 270, Newport Beach, CA 92660.

On **November 26, 2008** I served the within document(s) described as: **DECLARATION OF VACHIK ARMENIAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER EXCLUDING WITNESSES**

### SEE ATTACHED SERVICE LIST

(✓)  **BY PERSONAL SERVICE:** I caused said document(s), to be hand-delivered by First Legal Suppport Services on the above date to the parties at the address(es) listed on the attached Service List.

( )  **BY MAIL:** I caused said documents, enclosed in sealed envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Newport Beach, California on the above date, addressed to those parties as indicated on the attached Service List. I am readily familiar with the firm's practice for collection and processing of mail. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

( )  **BY FACSIMILE:** I caused the above-referenced documents to be transmitted during normal business hours via facsimile from "Fax" no. 949-442-8946/9 to the parties and at the "Fax" numbers listed on the attached service list and I received electronic verification that said documents had been received complete and without error at the listed facsimile numbers. A copy of the transmission record is attached to this declaration.

Executed on November 26, 2008 at Newport Beach, California.

( ) **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(✓) **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

*Janelle James*
JANELLE JAMES

---

G:\384.101\OPP MO EXCLUDE DEC ARMENIAN.DOC     4
**DECLARATION OF VACHIK ARMENIAN**

1 | **PECK/JONES, Debtor/NEILSON v. INTEGRATED MECHANICAL SYSTEMS, INC.**
U.S. Bankruptcy Court, Central District Case No. ADV. NO. 07-01050-VZ

## SERVICE LIST

**Atty. for Plaintiff R. TODD NEILSON, CHAP. 7 TRUSTEE:**
John N. Tedford IV, Esq.
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2020 Century Park East, 3rd Floor
Los Angeles, CA 90067
Tel:  (310) 277-0077
Fax:  (310) 277-5735

G:\384.101\OPP MO EXCLUDE DEC ARMENIAN.DOC       5
**DECLARATION OF VACHIK ARMENIAN**