GEORGE E. SCHULMAN (State Bar No. 064572)
JOHN N. TEDFORD, IV (State Bar No. 205537)
AARON E. DE LEEST (State Bar No. 216832)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>    Debtor. | Case No. 2:04-35757-VZ<br><br>Chapter 7 |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>    Defendant. | Adv. No. 2:07-01050-VZ<br><br>**NOTICE OF LODGING OF TRANSCRIPTS BY CHAPTER 7 TRUSTEE**<br><br>Date:    December 11, 2008<br>Time:    11:00 a.m.<br>Place:   Courtroom 1368<br>           255 E. Temple St.<br>           Los Angeles, CA |

-1-

331734.01 [XP]    24132

1  TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY
2  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL OTHER
3  INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:
4      PLEASE TAKE NOTICE that R. Todd Neilson, Chapter 7 Trustee (the "Trustee"), is
5  lodging with the Court, in compliance with Local Bankruptcy Rule 7027-1(a)(2)(A), transcripts of
6  the following testimony to be altered by the parties at the hearing on the Trustee's Motion in
7  Limine for an Order Excluding Certain Trial Witnesses and/or Expert Testimony from Certain
8  Trial Witnesses, set for hearing on December 11, 2008 in Courtroom 1368 of the United States
9  Bankruptcy Court, Central District of California, located at 255 E. Temple Street, Los Angeles,
10  California. Pages and lines of testimony which the parties intend to offer at the hearing from these
11  transcripts are cited below and the transcripts are marked.

12  **R. Todd Neilson v. Integrated Mechanical Systems Inc. – Adv. Case No. 2:07-01050-VZ**

| Examinee<br>Date of Exam | Testimony Marked by Plaintiff<br>Page:Line | Testimony Marked by Defendant<br>Page:Line |
|---|---|---|
| Vachik K. Armenia<br>6/25/08 | 7:14, 9:16-10:11, 10:20-22, 11:2-6, 53:15-18 | 15:23-16:4, 16:20-22, 17:1-9, 19:11-19, 31:19-22, 51:12-52:5, 53:22-24 |
| Stefan Malczewski<br>6/25/08 | 9:25-10:7, 36:9-14, 38:20-39:7, 42:15-19, 42:24-43:12 | 12:22-13:19, 14:11-13, 14:18-15:4, 16:14-18, 18:7-14, 18:24-19:6, 26:19-27:8, 31:17-32:8, 32:13-33:4, 37:18-22, 39:10-15, 39:20-25, 43:24-25, 44:5-7, 48:15-22, 58:18-23, 59:8-9, 62:17-24, 63:21-25, 66:11-15, 70:9-14 |

21  **R. Todd Neilson v. American Technologies Inc. – Adv. Case No. 2:07-01058-VZ**

| Examinee<br>Date of Exam | Testimony Marked by Plaintiff<br>Page:Line | Testimony Marked by Defendant<br>Page:Line |
|---|---|---|
| John D. Tolman<br>7/18/08<br>(pages 1-76) | 25:7-12, 38:20-39:8, 50:21-51:16, 55:20-56:23 | 16:6-8, 16:12-16, 17:15-21, 18:1-8, 19:1-20:7, 21:1-22:3, 27:19-28:6, 34:16-18, 53:20-55:5, 57:12-25, 62:1-21, 72:25-73:17 |

-2-

331734.01 [XP]    24132

Case 2:07-ap-01050-VZ    Doc 40    Filed 12/04/08    Entered 12/04/08 16:20:37    Desc
Main Document    Page 3 of 4

1  **R. Todd Neilson v. DMG Corporation – Adv. Case No. 2:07-01034-VZ**

| Examinee<br>Date of Exam | Testimony Marked by Plaintiff<br>Page:Line | Testimony Marked by Defendant<br>Page:Line |
|---|---|---|
| Ronald Morris Clement<br>9/27/07 | | 8:13-15, 8:21-24, 9:5-12, 9:16-18, 9:21-25, 10:4-5, 10:12-19, 11:2-4, 11:23-24, 12:13-14, 13:14-21, 14:21-15:12, 15:20-16:3, 18:2-14, 19:2-6, 19:17-22 |
| Ron Clement<br>4/24/08 | 6:12-17, 7:25-8:9, 10:23-24, 11:2-3, 25:4-16, 26:8-12, 27:12-28:2 | 9:25-10:10 |
| George Orff<br>4/24/08 | 11:1-7, 15:13-18, 22:6-18, 23:9-13, 63:2-7 | 5:15-16, 12:11-20, 13:3-6, 13:9-10, 14:6-17, 15:6-18, 15:25-17:3, 19:7-15, 20:2-7, 20:16-21 |

Dated: December 4, 2008      DANNING, GILL, DIAMOND & KOLLITZ, LLP


By: _____/s/_____
Aaron E. de Leest
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

-3-

331734.01 [XP]    24132

# PROOF OF SERVICE

I, Martha Gonzalez, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On December 4, 2008, I served the following document(s):

NOTICE OF LODGING OF TRANSCRIPTS BY CHAPTER 7 TRUSTEE

on the interested parties addressed as follows:

<u>Attorneys for Integrated Mechanical Systems</u>
Randall S. Guritzky, Esq.
Gladych & Associates
1400 Bristol Street North, Suite 270
Newport Beach, CA 92660

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on December 4, 2008, at Los Angeles, California.

| Martha Gonzalez | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |

331734.01 [XP]    24132