```
 1 │ GEORGE E. SCHULMAN (State Bar No. 064572)
   │ JOHN N. TEDFORD, IV (State Bar No. 205537)
 2 │ AARON E. DE LEEST (State Bar No. 216832)
   │ DANNING, GILL, DIAMOND & KOLLITZ, LLP
 3 │ 2029 Century Park East, Third Floor
   │ Los Angeles, California 90067-2904
 4 │ Telephone: (310) 277-0077
   │ Facsimile: (310) 277-5735
 5 │ e-mail: gschulman@dgdk.com
   │         jtedford@dgdk.com
 6 │         adeleest@dgdk.com
 7 │ Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:04-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| Debtor. | |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | Adv. No. 2:07-01050-VZ |
| Plaintiff, | **SIGNATURES APPROVING FORM OF ORDER STRIKING DESIGNATIONS OF EXPERTS AND SETTING PROCEDURE FOR COURT EXPERT** |
| vs. | |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, | Date: December 11, 2008 |
| Defendant. | Time: 11:00 a.m. |
| | Place: Courtroom 1368 |
| | 255 E. Temple St. |
| | Los Angeles, CA 90012 |

333200.1 [XP]   24132

1  APRROVED AS TO FORM:

2  DATED:                          GIBBS, GIDEN, LOCHER & TURNER, LLP

4                                  By: _____
                                       Travis W. Feuerbacher
5                                  Attorneys for Defendant, DMG Corporation

6
   DATED:                          JACKSON DEMARCO TIDUS PETERSEN
7                                  & PECKENPAUGH

9                                  By: _____
                                       Edward Galloway
10                                 Attorneys for Defendant, American Technologies, Inc.

11
   DATED:                          DYKEMA GOSSETT PLLC
12

13
                                   By: _____
14                                     Travis W. Feuerbacher
                                   Attorneys for Defendant, D & M Steel
15

16
   DATED:                          GLADYCH & ASSOCIATES
17

18
                                   By: _____
19                                     Randall S. Guritzky
                                   Attorneys for Defendant, Integrated Mechanical
20                                 Systems

21 DATED:                          ALTSCHULER & SPIRO

22

23                                 By: _____
                                       Bruce Altschuler
24                                 Attorneys for Defendant, Weiss Sheet Metal

25

26

27

28

- 4 -

332252.01 [XP]  24132

```
 1  APRROVED AS TO FORM:

 2  DATED:                          GIBBS, GIDEN, LOCHER & TURNER, LLP
 3
 4                                  By: _____
 5                                      Travis W. Feuerbacher
                                        Attorneys for Defendant, DMG Corporation
 6
    DATED:                          JACKSON DEMARCO TIDUS PETERSEN
 7                                  & PECKENPAUGH
 8
 9                                  By: _____
10                                      Edward Galloway
                                        Attorneys for Defendant, American Technologies, Inc.
11
    DATED:                          DYKEMA GOSSETT PLLC
12
13
14                                  By: _____
                                        Travis W. Feuerbacher
15                                      Attorneys for Defendant, D & M Steel

16
    DATED:                          GLADYCH & ASSOCIATES
17
18
19                                  By: _____
                                        Randall S. Guritzky
20                                      Attorneys for Defendant, Integrated Mechanical
                                        Systems
21  DATED:                          ALTSHULER & SPIRO
22
23                                  By: _[signature]_____
24                                      Bruce Altshuler     ALTSHULER
                                        Attorneys for Defendant, Weiss Sheet Metal
25
26
27
28
                                       4
```

332252.01 [XP] 24132

```
 1  APRROVED AS TO FORM:
 2  DATED:                                    GIBBS, GIDEN, LOCHER & TURNER, LLP
 3
 4                                            By: _____
                                                     Travis W. Feuerbacher
 5                                            Attorneys for Defendant, DMG Corporation
 6
    DATED:                                    JACKSON DEMARCO TIDUS PETERSEN
 7                                            & PECKENPAUGH
 8
 9                                            By: _____
                                                     Edward Galloway
10                                            Attorneys for Defendant, American Technologies, Inc.
11
    DATED:                                    DYKEMA GOSSETT PLLC
12
13
14                                            By: _____
                                                     Travis W. Feuerbacher
15                                            Attorneys for Defendant, D & M Steel
16
    DATED:                                    GLADYCH & ASSOCIATES
17
18
19                                            By: _____
                                                     Randall S. Guritzky
                                              Attorneys for Defendant, Integrated Mechanical
20                                            Systems
21  DATED:                                    ALTSCHULER & SPIRO
22
23                                            By: _____
24                                                   Bruce Altschuler
                                              Attorneys for Defendant, Weiss Sheet Metal
25
26
27
28
                                             - 4 -
```

332252.01 [XP]  24132

1  DATED: 1-14-2008	DYKEMA GOSSETT PLLC

2

3	By: /s/ Jon Cantor
	Jon Cantor
4	Attorneys for Defendant, D & M Steel

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

332252.01 [XP] 24132

| In re:<br>PECK/JONES CONSTRUCTION CORPORATION<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:04-35757-VZ |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

The foregoing document described as **SIGNATURES APPROVING FORM OF ORDER STRIKING DESIGNATIONS OF EXPERTS AND SETTING PROCEDURE FOR COURT EXPERT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**United States Trustee**, ustpregion16.la.ecf@usdoj.gov
**Attorneys for Plaintiff**, gschulman@dgdk.com, aed@dgdk.com, jtedford@dgdk.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 21, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
**Judge**: Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012-3332
**Chapter 11 Trustee:** R. Todd Neilson, 2049 Century Park E, Ste. 2300 , Los Angeles, Ca 90067-4622
**Attorneys for Defendant:** Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA 92660

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 21, 2009 | Martha Gonzalez | */s/ Martha Gonzalez* |
|---|---|---|
| Date | Type Name | Signature |

333200.1 [XP]    24132