```
GEORGE E. SCHULMAN (State Bar No. 064572)
JOHN N. TEDFORD, IV (State Bar No. 205537)
AARON E. DE LEEST (State Bar No. 216832)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
e-mail:  gschulman@dgdk.com
         jtedford@dgdk.com
         adeleest@dgdk.com
```

Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor.<br>_____<br><br>R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>Defendant. | Case No. 2:04-35757-VZ<br><br>Chapter 7<br><br><br><br><br>Adv. No. 2:07-01050-VZ<br><br>**NOTICE OF SELECTION OF PROPOSED COURT APPOINTED EXPERT WITNESS**<br><br>Date:  December 11, 2008<br>Time:  11:00 a.m.<br>Place: Courtroom 1368<br>       255 E. Temple St.<br>       Los Angeles, CA 90012 |

PLEASE TAKE NOTICE THAT on or about December 24, 2008, pursuant to the Court's instruction at the hearing on December 11, 2008, counsel for the five remaining defendants in the non-insider preference related adversary proceedings, which are <u>Neilson v. American Technologies, Inc.</u> (2:07-01058-VZ), <u>Neilson v. D & M Steel</u> (2:07-01060-VZ), <u>Neilson v. DMG Corporation</u> (2:07-01034-VZ), <u>Neilson v. Integrated Mechanical Systems</u> (2:07-01050-VZ), and <u>Neilson v. Weiss Sheet Metal</u> (2:07-01026-VZ), provided counsel for plaintiff R. Todd Neilson, Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the

"Debtor"), the names of five candidates for selection by the Trustee of the proposed Court appointed expert to testify with respect to 11 U.S.C. § 547(c)(2)(C) (2005) as to whether or not each of the payments at issue were made according to ordinary business terms in the Debtor's industry, which was the construction of multi-million dollar private industrial and commercial construction projects, such as hospitals and related medical facilities. The five proposed experts were:

1. Raymond G. Lombard;
2. Steven C. Wright;
3. Joshua Ritti;
4. Lonnie Andrews; and
5. Kenneth D. Orgel.

Upon review of the list of proposed experts, the Trustee selected Lonni Andrews to serve as the Court appointed expert. A copy of Mr. Andrew's curriculum vitae is attached as Exhibit "1" hereto. Mr. Andrews advises that he charges $250.00 per hour.

Contemporaneously with this notice, the Trustee will lodge a proposed order appointing Lonnie Andrews as the Court's expert.

Dated: January 23, 2009

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
Aaron E. de Leest
Attorneys for Plaintiff R, Todd Neilson,
Chapter 7 Trustee

2

333300.01 [XP] 24132

# EXHIBIT "1"



# Lonnie Andrews
Project Executive

**Project Role**

Project Executive

**Experience**

35+ Year Construction Veteran

**Education**

Montana School of Mineral Science & Technology, Butte, MT – Engineering Science

As project executive, Mr. Andrews has primary responsibility for preconstruction and construction related activities for his projects. He is also the day to day-to-day contact for the architects, engineers and ownership. Mr. Andrews brings 35+ years of experience to his projects, and has worked in all phases of the construction process, from feasibility studies, to final turnover and occupancy. As part of the project team for various hospital owners, Lonnie has acted as the owner's representative at various meetings with OSHPD, the Architect, Consultants, and local entities as required to maintain the projects integrity.

Project experience includes:

### As Project Executive/ Operations Manager

- **Richmond Civic Center**, Richmond. Design-build project including major renovation to existing city hall, city police and minor renovations to city auditorium. Renovation of historic buildings and the central plaza of the Richmond, Ca Civic Center. $71 M
- **San Mateo New Police Station**, San Mateo. New two-story building with ancillary functions and official vehicle/employee parking in a subterranean garage with additional surface parking spaces for employees and visitors. $39 M  99,000 SF building with underground parking
- **San Mateo Public Library**, San Mateo. $44.7M, story, 93,000 SF building with three floors of underground parking.
- **California Pacific Medical Center Cathedral Hill Hospital**, San Francisco. Preconstruction services with proposed construction services for a new free standing OSHPD hospital in downtown San Francisco. The $650 million, 555 bed acute care hospital has 20 floors above grade and below grade parking. Total building square footage is just over 1.1M SF.
- **CPMC Medical Office Building** and Parking Structure, San Francisco. Preconstruction services with proposed construction services for a new freestanding MOB. The $180 million, 230,000 SF building includes approx. 240,000 SF of underground parking with a proposed underground tunnel connecting it to the new hospital.

**Experience Highlights**

- OSHPD experience
- Experience working in occupied facilities
- Preconstruction Planning
- Has completed several projects in restricted sites
- Extensive phased project experience
- Team Builder

EXHIBIT    1

*Andrews resume*

*Page 2*

### As Project Executive/ Operations Manager (Continued)

- **Cedar Sinai Medical Center** Critical Care Tower, LA. Preconstruction and Construction services for the OSHPD and FEMA funded hospital. The $91 million, 180 bed acute care patient tower includes approx. 167,000 SF of floor area and is connected to the main hospital tower with six enclosed bridges.

- **St. Jude's MOB** and Parking Structure, Fullerton. A $14 million Medical Office Building and Parking structure for the St. Joseph Health System. The MOB is a four story type V structure with a full MRI suite and Oncology center.

- **Children's Hospital of Orange County** (CHOC)– Pediatric Garden Grove Health center, Garden Grove. Preconstruction and Construction services for the Prop 10 funded Healthcare Center. The $3 million 15,000 SF facility houses the CHOC Children's Health Clinic as well as the Health Smiles of Orange County Dentistry and Services provided by the Boys and Girls Club of Garden Grove.

- **East LA Municipal Courthouse**, LA. A $20 million project for the County of Los Angeles including sheriffs' offices, courtrooms, lock-down areas and administrative offices.

- **Cal Poly Pomona Library**, Pomona. A $7 million project adding an additional library floor, for student use, to the top of an existing library.

- **Children's Hospital of Orange County** (CHOC)- Multiphase Renovation and Parking Garage, Orange, CA Preconstruction and construction services for $25 Million renovation of current outpatient exam and treatment areas. A new PICU and Cardiac Care in the existing hospital shelled area and a new parking garage.

- **Kaiser West Los Angeles** MOB Renovation and Vision Center, LA. Preconstruction and construction services for a $1.4 million Medical office renovation of Pharmacy, Administration and front entrance and a $0.7million offsite vision center.

- **UCSD Hillcrest** – PACU/Labor and Delivery, San Diego. This $8 million OSHPD renovation and expansion of the existing Post Anesthesia Care and Labor & Delivery units. Phased project to minimize the disruption to ongoing patient care.

*Andrews resume*

*Page 3*

### •As Project Executive/ Operations Manager (Continued)

•**Shriners Hospital for Children** OR Renovation, Los Angeles. Design Build response to Shriners Hospital to replace failing OR lights. Hired Architect and supplied coordination with OSHPD to replace OR room lights in two weekends of construction activity.

• **Shriners Hospital for Children**, LA. $1.8 million design/build renovation and addition. Through out the existing and occupied facility.

•**UCSD Hillcrest Systems Upgrades**, San Diego. This $12 million OSHPD project includes the upgrade of the five critical care systems in the occupied USCD Hillcrest Hospital. Those systems are Automatic Fire Sprinkler System, Sanitary Sewer System, Elevators, Air Handling Units and Steam condensate system. Continuous phasing and coordination to minimize the disruption to the ongoing patient care throughout the hospital.

•**Littleton Adventist Hospital**, Littleton, CO. This $30 million hospital addition for the Adventist Health System includes a new emergency department, Operating Rooms and patient rooms with support services. Extensive preconstruction involvement to meet the owner's strict budgetary constraints while maintaining the desired construction start and completion dates.

•**Good Samaritan Medical Center**, San Jose. Preconstruction and constructionfor a $35 million new Women's Center and renovation of existing hospital.

•**Regional Medical Center of San Jose**. Provided preconstruction services for a new $85 million Women's Center and Seismic Upgrade of the existing hospital. The new Women's Center includes Labor delivery rooms, Nursery Intensive Care, patient rooms and support services. The Seismic upgrade of the existing hospital was phased to ensure an uninterrupted flow of construction and minimal inconvenience to the hospital staff and patients.

•**White Memorial Hospital**, LA. Preconstruction services for a $96 million hospital replacement project and renovation of the existing building for support service.

•**UCLA Santa Monica Replacement** Facility, Santa Monica. $150 million hospital replacement project renovation of the existing building for support services.

*Andrews resume*

*Page 4*

### As Project Executive/ Operations Manager (Continued)

- **Multiple Seismic Evaluation**/Upgrade of Services – Services provided to over 60 California Hospitals in California for SB-1953 compliance.

- **Los Robles Medical Center**-ED Expansion, Thousand Oaks. $5 million Emergency Dept. expansion/renovation.

- **Los Robles Medical Center** ICU expansion. $5M intensive care unit addition

- **Redding Medical Center**, Redding. $21 million, 5-story hospital addition. Assumed contract from previous GC to finish stalled project for owner.

- **5th an Los Angeles** – Retail Office building $1.9M

### Projects as Senior PM and PM (on site)

- **King Drew Medical Center**, LA. $42 million Hospital/Emergency Dept. expansion with one of the first base-isolation systems in CA.

- **Logan Ave. Housing**, San Diego. Low rent housing development. For HUD.

- **UC Davis Medical Center**, Sacramento. $130 million 10-story Patient Care Addition w/two interstitial floors for mech/electrical equipment.

- **Southwest High School**, El Centro. $30 million new school campus, including full cafeteria, Gymnasium, and performing arts building.

- **CHOC** at Mission Hospital, Mission Viejo. $3 million TI for children's patient care floor.

- **Children's Hospital of Orange County**, Orange. $43 million full replacement hospital.

- **Children's Hospital** Animal Housing & Research Lab, Orange. $2 million TI, refurbishing the full floor for use as a research lab.

- **Children"s Hospital** (CHOC)- Fifth Floor Remodel $1.8M

- **12th and Santee**, LA. $2 million multi-store lease building.

- **Alvarado Psychiatric Institute**, San Diego. $4 million renovation / addition to existing psychiatric hospital.

*Andrews resume*

*Page 4*

### Projects as Project Superintendent ( on site) ( Continued)

•**Ritz-Carlton Hotel**, Rancho Mirage. $20 million hotel and tennis center.

•**811 Barton Springs Road**, Austin TX Office tower and below grade parking. $15M 93,000 SF

•**WLAC/ Billboard Magazine Office**, Nashville, TN Radio Station and recording studio with offices for Billboard Magazine.

• **Shoal Creek Hospital**, Austin, TX. $5 million renovation and addition to existing Psychiatric hospital.

•**HCA Office Building**, Nashville, TN. 5 story office building and renovation. $15 M New addition plus renovation of existing building.

•**Johnson Willis Hospital**, Richmond, VA. $17 million new, freestanding hospital with site development for site for MOB, and future development.

### Projects as Asst. PM and Asst. Superintendent ( on site)

• **St. Mary's Medical Center**, Knoxville, TN Hospital addition including ICU, operating suites, bed tower, Central Plant $16M  200,000+ SF

•**Dupont Plant** addition, Brevard, NC,  Manufacturing Plant $5M

•**Pulaski Community Hospital**, Pulaski, Multilple Patient room additions  and new Rehab and General Storage

•**Montgomery County Hospital**, Blacksburg VA, New Emergency Room addition to existing hospital.

| In re:<br>PECK/JONES CONSTRUCTION CORPORATION<br>                                          Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:04-35757-VZ |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

    Danning, Gill, Diamond & Kollitz, LLP
    2029 Century Park East, Third Floor
    Los Angeles, CA  90067

The foregoing document described as **NOTICE OF SELECTION OF PROPOSED COURT APPOINTED EXPERT WITNESS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 23, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**United States Trustee,** ustpregion16.la.ecf@usdoj.gov
**Attorneys for Plaintiff,** gschulman@dgdk.com, aed@dgdk.com, jtedford@dgdk.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 23, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
**Via U.S. Mail: Attorneys for Defendant:** Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 23, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**Via Personal Delivery: Judge**: Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Suite 1360, Los Angeles, CA  90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 23, 2009 | Martha Gonzalez | *Martha Gonzalez* |
|---|---|---|
| Date | Type Name | Signature |

3

333300.01 [XP] 24132