FILED & ENTERED

JAN 26 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

1  GEORGE E. SCHULMAN (State Bar No. 064572)
   JOHN N. TEDFORD, IV (State Bar No. 205537)
2  AARON E. DE LEEST (State Bar No. 216832)
   DANNING, GILL, DIAMOND & KOLLITZ, LLP
3  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
4  Telephone:  (310) 277-0077
   Facsimile:  (310) 277-5735
5  e-mail: gschulman@dgdk.com
           jtedford@dgdk.com
6          adeleest@dgdk.com

7  Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:04-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| Debtor. | |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | Adv. No. 2:07-01050-VZ |
| Plaintiff, | **ORDER STRIKING DESIGNATIONS OF EXPERTS AND SETTING PROCEDURE FOR COURT EXPERT** |
| vs. | |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, | Date: December 11, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 1368 |
| Defendant. | 255 E. Temple St.<br>Los Angeles, CA 90012 |

On December 11, 2008, at 11:00 a.m., seven pre-trial conferences were held in the seven non-insider preference related adversary proceedings still pending (the "Related Adversary Proceedings"), which are Neilson v. American Technologies, Inc. (2:07-01058-VZ), Neilson v. D & M Steel (2:07-01060-VZ), Neilson v. DMG Corporation (2:07-01034-VZ), Neilson v. Integrated Mechanical Systems (2:07-01050-VZ), Neilson v. Malcolm Drilling Co. (2:07-01048-VZ), Neilson v. Weiss Sheet Metal (2:07-01026-VZ), and Neilson v. Western Allied (2:07-01035-VZ).  George E. Schulman of Danning, Gill, Diamond & Kollitz, LLP appeared for Plaintiff R. Todd Neilson,

333177.01 [XP] 24132

1 Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the
2 "Debtor").  Travis W. Feuerbacher of Gibbs, Giden, Locher & Turner, LLP, appeared for
3 Defendant DMG Corporation.  Edward Galloway of Jackson DeMarco Tidus Petersen &
4 Peckenpaugh appeared for Defendant American Technologies, Inc.  Jon Cantor and Ryan Clarkson
5 of Dykema Gossett PLLC, appeared for Defendant D & M Steel.  Randall S. Guritzky, of Gladych
6 & Associates appeared for Integrated Mechanical Systems.  Bruce Altschuler of Altshuler & Spiro
7 appeared for Weiss Sheet Metal.  There were no other appearances.  Mr. Schulman represented that
8 the Trustee had reached an agreement to settle with Malcolm Drilling and Western Allied.

9 The Court having read and considered the pre-trial stipulations and amended pre-trial
10 stipulations, and motions filed in conjunction therewith, having heard the oral statements of
11 counsel, and for good cause appearing, it is

12 **ORDERED THAT:**

13 1. On the Court's own motion, all expert witness designations are hereby struck.

14 2. In each of the five remaining non-insider preference related adversary proceedings,
15 which are <u>Neilson v. American Technologies, Inc.</u> (2:07-01058-VZ), <u>Neilson v. D & M Steel</u>
16 (2:07-01060-VZ), <u>Neilson v. DMG Corporation</u> (2:07-01034-VZ), <u>Neilson v. Integrated</u>
17 <u>Mechanical Systems</u> (2:07-01050-VZ), and <u>Neilson v. Weiss Sheet Metal</u> (2:07-01026-VZ), the
18 Court shall appoint an expert to testify with respect to 11 U.S.C. § 547(c)(2)(C) (2005) as to
19 whether or not each of the payments at issue were made according to ordinary business terms in the
20 Debtor's industry, which was the construction of multi-million dollar private industrial and
21 commercial construction projects, such as hospitals and related medical facilities.

22 3. The five defendants are ordered to meet and confer and suggest to the Trustee the
23 names of at lest five candidates by December 23, 2008.  Plaintiff shall have to and including
24 January 20, 2009, to select one expert from the list, or to decline to select at all.  Counsel shall
25 notify the Court jointly by January 23, 2009, of the results.  The cost of the expert shall be paid as
26 follows:

27 a. Plaintiff shall pay 50%.

28

2

333177.01 [XP] 24132

      b.    Defendants shall pay 50% to be divided in proportion to their claims as follows:

|  | Amount of Claim | Percentage of Total Claims |
|---|---|---|
| American Technologies, Inc. | $297,079.59 | 36.30% |
| D & M Steel | $137,618.20 | 16.81% |
| DMG Corporation | $184,016.00 | 22.48% |
| Integrated Mechanical Systems | $182,393.90 | 22.29% |
| Weiss Sheet Metal | $17,325.50 | 2.12% |
| TOTAL | $818,433.19 | 100% |

4.    All other motions are denied.

5.    Continued pre-trial conferences are set in the Malcolm Drilling and Western Allied adversaries for February 5, 2009, at 11:00 a.m., on the representation of the Plaintiff that a settlement has been reached.

6.    Continued pre-trial conferences are set in the five remaining adversary proceedings for March 26, 2009, at 11:00 a.m.

*/s/ Vincent P. Zurzolo*

DATED: January 26, 2009

United States Bankruptcy Judge

In re:                                      CHAPTER 7

3

333177.01 [XP] 24132

| PECK/JONES CONSTRUCTION CORPORATION | CASE NUMBER 2:04-35757-VZ |
|---|---|
| Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

      Danning, Gill, Diamond & Kollitz, LLP
      2029 Century Park East, Third Floor
      Los Angeles, CA  90067

The foregoing document described as **ORDER STRIKING DESIGNATIONS OF EXPERTS AND SETTING PROCEDURE FOR COURT EXPERT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On January 21, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge**: Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Suite 1360, Los Angeles, CA  90012-3332
**Chapter 11 Trustee:** R. Todd Neilson, 2049 Century Park E, Ste. 2300 , Los Angeles, Ca  90067-4622
**Attorneys for Defendant:** Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 21, 2009 | Martha Gonzalez | /s/ Martha Gonzalez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

333177.01 [XP] 24132

| In re: **PECK/JONES CONSTRUCTION CORPORATION** | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER **2:04-35757-VZ** |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):

**ORDER STRIKING DESIGNATIONS OF EXPERTS AND SETTING PROCEDURE FOR COURT EXPERT**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 6, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**United States Trustee**, ustpregion16.la.ecf@usdoj.gov
**Attorneys for Plaintiff**, gschulman@dgdg.com; aed@dgdk.com, jtedford@dgdk.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Chapter 11 Trustee:** R. Todd Neilson, 2049 Century Park E, Ste. 2300 , Los Angeles, Ca  90067-4622
**Attorneys for Defendant:**  Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

5

333177.01 [XP] 24132