```
                    FILED
                  JAN 27 2009
              CLERK, U.S. BANKRUPTCY COURT
              CENTRAL DISTRICT OF CALIFORNIA
                     By        Deputy Clerk
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

--oOo--

In Re:                          ) Case No. LA04-35757-VZ
                                )
PECK/JONES CONSTRUCTION CORP.,  ) Los Angeles, California
                                ) Thursday, December 11, 2008
        Debtor.                 ) 11:00 a.m.
_____)

ADV. 07-01050; NEILSON V. INTEGRATED MECHANICAL SYSTEMS INC.

PRE-TRIAL CONFERENCE

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE VINCENT ZURZOLO
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Plaintiff and Trustee:
GEORGE E. SCHULMAN, ESQ.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East
Third Floor
Los Angeles, California 90067
(310) 277-0077

For D & M Steel:
JON CANTOR, ESQ.
RYAN CLARKSON, ESQ.
Dykema Gossett, LLP
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
(213) 457-1800

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

*Echo Reporting, Inc.*