1 | GEORGE E. SCHULMAN (State Bar No. 064572)
JOHN N. TEDFORD, IV (State Bar No. 205537)
2 | AARON E. DE LEEST (State Bar No. 216832)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
3 | 2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
4 | Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735
5 | e-mail:  gschulman@dgdk.com
         jtedford@dgdk.com
6 |         adeleest@dgdk.com

**FILED & ENTERED**

**JAN 26 2009**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK**

7 | Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 |

12 | In re ) Case No. 2:04-35757-VZ
13 | PECK/JONES CONSTRUCTION ) Chapter 7
CORPORATION, )
14 | )
Debtor. )
15 | _____ )
16 | R. TODD NEILSON, CHAPTER 7 TRUSTEE, ) Adv. No. 2:07-01050-VZ
17 | Plaintiff, ) **ORDER STRIKING DESIGNATIONS**
) **OF EXPERTS AND SETTING**
18 | vs. ) **PROCEDURE FOR COURT EXPERT**
)
19 | INTEGRATED MECHANICAL SYSTEMS, ) Date:    December 11, 2008
INC., a California corporation, ) Time:    11:00 a.m.
20 | ) Place:   Courtroom 1368
Defendant. )          255 E. Temple St.
21 | _____ )          Los Angeles, CA 90012

22 |     On December 11, 2008, at 11:00 a.m., seven pre-trial conferences were held in the seven

23 | non-insider preference related adversary proceedings still pending (the "Related Adversary

24 | Proceedings"), which are Neilson v. American Technologies, Inc. (2:07-01058-VZ), Neilson v. D

25 | & M Steel (2:07-01060-VZ), Neilson v. DMG Corporation (2:07-01034-VZ), Neilson v. Integrated

26 | Mechanical Systems (2:07-01050-VZ), Neilson v. Malcolm Drilling Co. (2:07-01048-VZ), Neilson

27 | v. Weiss Sheet Metal (2:07-01026-VZ), and Neilson v. Western Allied (2:07-01035-VZ).  George

28 | E. Schulman of Danning, Gill, Diamond & Kollitz, LLP appeared for Plaintiff R. Todd Neilson,

333177.01 [XP] 24132

1  Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the

2  "Debtor"). Travis W. Feuerbacher of Gibbs, Giden, Locher & Turner, LLP, appeared for

3  Defendant DMG Corporation. Edward Galloway of Jackson DeMarco Tidus Petersen &

4  Peckenpaugh appeared for Defendant American Technologies, Inc. Jon Cantor and Ryan Clarkson

5  of Dykema Gossett PLLC, appeared for Defendant D & M Steel. Randall S. Guritzky, of Gladych

6  & Associates appeared for Integrated Mechanical Systems. Bruce Altschuler of Altshuler & Spiro

7  appeared for Weiss Sheet Metal. There were no other appearances. Mr. Schulman represented that

8  the Trustee had reached an agreement to settle with Malcolm Drilling and Western Allied.

9      The Court having read and considered the pre-trial stipulations and amended pre-trial

10  stipulations, and motions filed in conjunction therewith, having heard the oral statements of

11  counsel, and for good cause appearing, it is

12      **ORDERED THAT:**

13      1.      On the Court's own motion, all expert witness designations are hereby struck.

14      2.      In each of the five remaining non-insider preference related adversary proceedings,

15  which are Neilson v. American Technologies, Inc. (2:07-01058-VZ), Neilson v. D & M Steel

16  (2:07-01060-VZ), Neilson v. DMG Corporation (2:07-01034-VZ), Neilson v. Integrated

17  Mechanical Systems (2:07-01050-VZ), and Neilson v. Weiss Sheet Metal (2:07-01026-VZ), the

18  Court shall appoint an expert to testify with respect to 11 U.S.C. § 547(c)(2)(C) (2005) as to

19  whether or not each of the payments at issue were made according to ordinary business terms in the

20  Debtor's industry, which was the construction of multi-million dollar private industrial and

21  commercial construction projects, such as hospitals and related medical facilities.

22      3.      The five defendants are ordered to meet and confer and suggest to the Trustee the

23  names of at lest five candidates by December 23, 2008. Plaintiff shall have to and including

24  January 20, 2009, to select one expert from the list, or to decline to select at all. Counsel shall

25  notify the Court jointly by January 23, 2009, of the results. The cost of the expert shall be paid as

26  follows:

27          a.      Plaintiff shall pay 50%.

28

2

333177.01 [XP] 24132

1       b.       Defendants shall pay 50% to be divided in proportion to their claims as

2  follows:

3

| | Amount of Claim | Percentage of Total Claims |
|---|---|---|
| American Technologies, Inc. | $297,079.59 | 36.30% |
| D & M Steel | $137,618.20 | 16.81% |
| DMG Corporation | $184,016.00 | 22.48% |
| Integrated Mechanical Systems | $182,393.90 | 22.29% |
| Weiss Sheet Metal | $17,325.50 | 2.12% |
| TOTAL | $818,433.19 | 100% |

14      4.      All other motions are denied.

15      5.      Continued pre-trial conferences are set in the Malcolm Drilling and Western Allied

16  adversaries for February 5, 2009, at 11:00 a.m., on the representation of the Plaintiff that a

17  settlement has been reached.

18      6.      Continued pre-trial conferences are set in the five remaining adversary proceedings

19  for March 26, 2009, at 11:00 a.m.

20

21

22

23

24

25

26  DATED: January 26, 2009

_____
United States Bankruptcy Judge

27

28  In re:                                                      CHAPTER 7

3

333177.01 [XP] 24132

| PECK/JONES CONSTRUCTION CORPORATION                     Debtor(s). | CASE NUMBER 2:04-35757-VZ |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> Danning, Gill, Diamond & Kollitz, LLP
> 2029 Century Park East, Third Floor
> Los Angeles, CA  90067

The foregoing document described as **ORDER STRIKING DESIGNATIONS OF EXPERTS AND SETTING PROCEDURE FOR COURT EXPERT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On <u>January 21, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**Judge**: Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Suite 1360, Los Angeles, CA  90012-3332
**Chapter 11 Trustee:**  R. Todd Neilson, 2049 Century Park E, Ste. 2300 , Los Angeles, Ca  90067-4622
**Attorneys for Defendant:**  Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 21, 2009 | Martha Gonzalez | /s/  Martha Gonzalez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

333177.01 [XP] 24132

| In re: **PECK/JONES CONSTRUCTION CORPORATION** | CHAPTER 7 |
| | CASE NUMBER **2:04-35757-VZ** |
| Debtor(s). | |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify):*

**ORDER STRIKING DESIGNATIONS OF EXPERTS AND SETTING PROCEDURE FOR COURT EXPERT**

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  January 6, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**United States Trustee**, ustpregion16.la.ecf@usdoj.gov
**Attorneys for Plaintiff**, gschulman@dgdg.com; aed@dgdk.com, jtedford@dgdk.com

☐      Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Chapter 11 Trustee:**  R. Todd Neilson, 2049 Century Park E, Ste. 2300 , Los Angeles, Ca  90067-4622
**Attorneys for Defendant:**  Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐      Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐      Service information continued on attached page

5

333177.01 [XP] 24132

# CERTIFICATE OF NOTICE

```
District/off: 0973-2        User: admin              Page 1 of 1              Date Rcvd: Jan 26, 2009
Case: 07-01050              Form ID: pdf031          Total Served: 6


The following entities were served by first class mail on Jan 28, 2009.
aty          +Aaron De Leest,   2029 Century Park East 3rd Fl,   Los Angeles, CA 90067-2901
aty          +John N Tedford IV,   Danning Gill Diamond & Kollitz LLP,   2029 Century Park E 3rd Fl,
              Los Angeles, Ca 90067-2901
aty          +Kim Tung,   Danning Gill Diamond & Kollitz,   2029 Century Park East 3rd Fl,
              Los Angeles, CA 90067-2901
aty          +Randall S Guritzky,   Gladych & Associates, Inc,   1400 Bristol Street North,
              Newport Beach, CA 92660-2911
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
pla          +R Todd Neilson,   2029 Century Park East Ste 900,   Los Angeles, CA 90067-2910

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft            a California corp Integrated Mechanical Systems In,   Unknown
                                                                               TOTALS: 1, * 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2009**          **Signature:** _Joseph Speetjens_