FILED & ENTERED

JAN 29 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

1  GEORGE E. SCHULMAN (State Bar No. 064572)
   JOHN N. TEDFORD, IV (State Bar No. 205537)
2  AARON E. DE LEEST (State Bar No. 216832)
   DANNING, GILL, DIAMOND & KOLLITZ, LLP
3  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
4  Telephone:  (310) 277-0077
   Facsimile:  (310) 277-5735
5  e-mail:  gschulman@dgdk.com
          jtedford@dgdk.com
6          adeleest@dgdk.com

**CHANGES MADE BY COURT**

7  Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:04-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| Debtor. | |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | Adv. No. 2:07-01050-VZ |
| Plaintiff, | **ORDER APPOINTING COURT'S EXPERT WITNESS** |
| vs. | Date:  December 11, 2008 |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, | Time:  11:00 a.m. |
| | Place:  Courtroom 1368 |
| Defendant. |        255 E. Temple St. |
| |        Los Angeles, CA 90012 |

Pursuant to the Court's instruction at the hearing on December 11, 2008, the defendants in the five non-insider preference related adversary proceedings, which are <u>Neilson v. American Technologies, Inc.</u> (2:07-01058-VZ), <u>Neilson v. D & M Steel</u> (2:07-01060-VZ), <u>Neilson v. DMG Corporation</u> (2:07-01034-VZ), <u>Neilson v. Integrated Mechanical Systems</u> (2:07-01050-VZ), and

///

///

333319.01 [XP] 24132

1  <u>Neilson v. Weiss Sheet Metal</u> (2:07-01026-VZ), provided R. Todd Neilson, Chapter 7 trustee (the

2  "Trustee") for the estate of Peck/Jones Construction Corporation (the "Debtor") with the names of

3  five candidates for selection by the Trustee of a Court appointed expert witness.  The Trustee has

4  reviewed the five names and selected Lonnie Anderson as the proposed Court appointed expert

5  witness.  Filed contemporaneously herewith, is a Notice of Selection of Proposed Court Appointed

6  Expert Witness (the "Notice").

7         The Court having read and considered the Notice and Mr. Anderson's curriculum vitae

8  attached as Exhibit "1" thereto, and having been informed in the Notice that Mr. Anderson's hourly

9  fee is $250.00, and for good cause appearing, it is

10        **ORDERED THAT:**

11        1.      Lonnie Andrews is hereby appointed as the Court's expert witness to testify solely

12 with respect to 11 U.S.C. § 547(c)(2)(C) (2005) as to whether or not each of the payments at issue

13 were made according to ordinary business terms in the Debtor's industry, which was the

14 construction of multi-million dollar private industrial and commercial construction projects, such as

15 hospitals and related medical facilities.

16        2.      The cost of the Court's expert witness shall be paid as follows:

17             a.      Plaintiff shall pay 50%.

18             b.      Defendants shall pay 50% to be divided in proportion to their claims as

19 follows:

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

333319.01 [XP] 24132

|  | Amount of Claim | Percentage of Total Claims |
|---|---|---|
| American Technologies, Inc. | $297,079.59 | 36.30% |
| D & M Steel | $137,618.20 | 16.81% |
| DMG Corporation | $184,016.00 | 22.48% |
| Integrated Mechanical Systems | $182,393.90 | 22.29% |
| Weiss Sheet Metal | $17,325.50 | 2.12% |
| TOTAL | $818,433.19 | 100% |

3.     Payment required by this Order pursuant to Paragraph Two must be made to Mr. Anderson within 60 days of the transmission of the Invoice(s).

####

DATED: January 29, 2009

*[signature: Vincent P. Zurzolo]*
United States Bankruptcy Judge

3

333319.01 [XP] 24132

| In re:<br>PECK/JONES CONSTRUCTION CORPORATION<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:04-35757-VZ |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA  90067

The foregoing document described as **ORDER APPOINTING COURT'S EXPERT WITNESS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 23, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
**Via U.S. Mail: Attorneys for Defendant,** Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 23, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**Via Personal Delivery: Judge**: Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Suite 1360, Los Angeles, CA  90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 23, 2009 | Martha Gonzalez | /s/  Martha Gonzalez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

333319.01 [XP] 24132

| In re: **PECK/JONES CONSTRUCTION CORPORATION** <br><br> Debtor(s). | CHAPTER 7 <br> CASE NUMBER **2:04-35757-VZ** |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):

**ORDER APPOINTING COURT'S EXPERT WITNESS**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 23, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
**United States Trustee**, ustpregion16.la.ecf@usdoj.gov
**Attorneys for Plaintiff**,  aed@dgdk.com, jtedford@dgdk.com

☐   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:
**Attorneys for Defendant:** Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐   Service information continued on attached page

5

333319.01 [XP] 24132