GEORGE E. SCHULMAN (State Bar No. 064572)
*Gschulman@dgdk.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*Jtedford@dgdk.com*
AARON E. DE LEEST (State Bar No. 216832)
*Adeleest@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>    Debtor. | Case No. 2:04-35757-VZ<br><br>Chapter 7 |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>    Defendant. | Adv. No. 2:07-01050-VZ<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE**<br><br>*__Current Date:__*<br>Date:   March 26, 2009<br>Time:   11:00 a.m.<br>Place:  Courtroom 1368<br>        255 E. Temple St.<br>        Los Angeles, CA<br><br>*__Continued Date:__*<br>Date:   April 30, 2009<br>Time:   11:00 a.m.<br>Place:  Courtroom 1368<br>        255 E. Temple St.<br>        Los Angeles, CA |

Plaintiff R. Todd Neilson, Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the "Debtor"), and Defendant Integrated Mechanical Systems, Inc.

-1-

334893.01 [XP]    24132

1  ("IMS"), by and through counsel, hereby request that the Court approve the within stipulation of
2  the parties.

### STIPULATION

1. On or about December 14, 2004 (the "Petition Date"), an involuntary Chapter 7 petition for relief was filed against the Debtor.

2. On or about January 21, 2005, the Court entered its Order for Relief in the Debtor's bankruptcy case.

3. The Trustee accepted appointment as the Chapter 7 trustee for the Debtor's estate and continues to serve in such capacity for the benefit of creditors.

4. On or about January 19, 2007, the Trustee filed a complaint to avoid and recover preferential transfers against the Defendant.

5. On or about January 29, 2009, the Court entered an order appointing an expert witness to testify regarding certain matters at issue in this adversary proceeding.

6. A deposition of the Court-appointed expert was scheduled to take place on March 6, 2009. However, pursuant to an agreement of the parties to this adversary proceeding and the defendants in four other adversary proceedings in which the expert was appointed by the Court, the deposition was postponed because, among other things, the expert had not yet been provided with a joint description of relevant facts and documentation relating thereto. The deposition has been rescheduled for April 10, 2009.

7. A continued pretrial conference is currently scheduled to be held in this adversary proceeding and the other four adversary proceedings on March 26, 2009, at 11:00 a.m. All of the parties have met and conferred, and desire a continuance of the pretrial conferences to a mutually convenient date, so that the parties have an opportunity to depose the expert prior to incurring the time and expense of making further revisions to the joint pretrial stipulations filed in each of the adversary proceedings.

**WHEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

8. The pretrial conference in the above-described adversary proceeding shall be continued from March 26, 2009, to April 30, 2009, at 11:00 a.m.

-2-

334893.01 [XP]    24132

9. Unless otherwise ordered by the Court, the date by which the parties must file revised joint pretrial stipulations shall be continued from March 12, 2009, to April 16, 2009.

Dated: March __, 2009

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
George E. Schulman
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

Dated: March __, 2009

GLADYCH & ASSOCIATES

By: _____
Randall S. Guritzky
Attorneys for Defendant Integrated
Mechanical Systems, Inc.

-3-

334893.01 [XP]    24132

| In re: PECK/JONES CONSTRUCTION CORPORATION, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:04-35757-VZ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 6, 2009, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
United States Trustee: ustpregion16.la.ecf@usdoj.gov
Randall S. Guritzky: randy@gladychlaw.com
George E. Schulman: gschulman@dgdk.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On March 9, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 9, 2009 | Cindy Cripe | _Cindy Cripe_ (signature) |
|---|---|---|
| Date | Type Name | Signature |