1  GEORGE E. SCHULMAN (State Bar No. 064572)
   *Gschulman@dgdk.com*
2  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *Jtedford@dgdk.com*
3  AARON E. DE LEEST (State Bar No. 216832)
   *Adeleest@dgdk.com*
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California 90067-2904
   Telephone:  (310) 277-0077
6  Facsimile:  (310) 277-5735

7  Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

FILED & ENTERED

MAR 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **LOS ANGELES DIVISION**

11

12  In re                                   ) Case No. 2:04-35757-VZ
                                            )
13  PECK/JONES CONSTRUCTION                 ) Chapter 7
    CORPORATION,                            )
14                                          )
             Debtor.                        )
15  _____ )
                                            )
16  R. TODD NEILSON, CHAPTER 7 TRUSTEE,     ) Adv. No. 2:07-01050-VZ
                                            )
17           Plaintiff,                     ) **ORDER CONTINUING PRE-TRIAL**
                                            ) **CONFERENCE**
18        vs.                               )
                                            ) *Current Date:*
19  INTEGRATED MECHANICAL SYSTEMS,          ) Date:    March 26, 2009
    INC., a California corporation,         ) Time:    11:00 a.m.
20                                          ) Place:   Courtroom 1368
             Defendant.                     )          255 E. Temple St.
21                                          )          Los Angeles, CA
                                            )
22                                          ) *Continued Date:*
                                            ) Date:    April 30, 2009
23                                          ) Time:    11:00 a.m.
                                            ) Place:   Courtroom 1368
24                                          )          255 E. Temple St.
                                            )          Los Angeles, CA
25  _____ )

26        The Court having read and considered the stipulation of the parties to continue the pretrial

27  conference currently scheduled for March 26, 2009, at 11:00 a.m. (the "Stipulation") filed on

28

                                     -1-

334970.01 [XP]        24132

1   March 9, 2009 (docket entry # 49), in the within adversary proceeding, for good cause appearing, it

2   is

3           ORDERED THAT:

4           1.      The stipulation is approved.

5           2.      The pretrial conference in this adversary proceeding shall be continued from March

6   26, 2009, to April 30, 2009, at 11:00 a.m.

7           3.      Unless otherwise ordered by the Court, the date by which the parties must file a

8   revised joint pretrial stipulation shall be continued from March 12, 2009, to April 16, 2009.

9

10

11

12

13

14

15

16                                              ####

17

18

19

20

21

22

23

24

25

26   DATED: March 13, 2009                    _____

27                                            United States Bankruptcy Judge

28

                                            -2-

334970.01 [XP]        24132

| In re:  PECK/JONES CONSTRUCTION CORPORATION, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:04-35757-VZ |
| | Adv. No. 2:07-01050-VZ |

**NOTE:**  When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER CONTINUING PRE-TRIAL CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL:**
On March 10, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Via e-mail: Randall S. Guritzky: randy@gladychlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2009 | Cindy Cripe | /s/ Cindy Cripe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

334970.01 [XP]        24132

| | |
|---|---|
| In re: PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:04-35757-VZ<br><br>Adv. No. 2:07-01050-VZ |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER CONTINUING PRE-TRIAL CONFERENCE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 9, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
United States Trustee: ustpregion16.la.ecf@usdoj.gov
George E. Schulman: gschulman@dgdk.com

☐Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
  Randall S. Guritzky
 1400 Bristol Street North
 Newport Beach, CA  92660

☐Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐Service information continued on attached page

-4-

334970.01 [XP]        24132

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: admin            Page 1 of 1            Date Rcvd: Mar 13, 2009
Case: 07-01050                Form ID: pdf031        Total Served: 7


The following entities were served by first class mail on Mar 15, 2009.
aty         +Aaron De Leest,   2029 Century Park East 3rd Fl,   Los Angeles, CA 90067-2901
aty         +George E Schulman,   2029 Century Park East 3rd Flr,   Los Angeles, CA 90067-2901
aty         +John N Tedford IV,   Danning Gill Diamond & Kollitz LLP,   2029 Century Park E 3rd Fl,
              Los Angeles, Ca 90067-2901
aty         +Kim Tung,   Danning Gill Diamond & Kollitz,   2029 Century Park East 3rd Fl,
              Los Angeles, CA 90067-2901
aty         +Randall S Guritzky,   Gladych & Associates, Inc,   1400 Bristol Street North,
              Newport Beach, CA 92660-2911
ust         +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
pla         +R Todd Neilson,   2029 Century Park East Ste 900,   Los Angeles, CA 90067-2910

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          a California corp Integrated Mechanical Systems In,   Unknown
                                                                              TOTALS: 1, * 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**                    **Signature:** _____