GEORGE E. SCHULMAN (State Bar No. 064572)
gschulman@dgdk.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@dgdk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Plaintiff R. Todd Neilson, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor.<br><br>_____<br><br>R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>Defendant. | Case No. 2:04-35757-VZ<br><br>Chapter 7<br><br><br><br>Adv. No. 2:07-ap-01050-VZ<br><br>**REPORT RE PENDING ADVERSARY PROCEEDINGS** |

Plaintiff R. Todd Neilson, Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the "Debtor"), in consultation with defendants DMG Corporation, Integrated Mechanical Systems, Inc., American Technologies, Inc., D&M Steel, and Weiss Sheet Metal Company, respectfully submits this report regarding the pending adversary proceedings. This report will be filed in each of the five remaining open adversary proceedings.

-1-

338574.01 [XP]    24132

## I. ESTIMATED TRIAL TIME

The parties estimate that each of the five remaining adversary proceedings will take one day or less to try, other than the live testimony of Lonnie Andrews, the Court's expert.

## II. TESTIMONY OF COURT EXPERT LONNIE ANDREWS

Mr. Andrews' testimony concerns the objective prong of the ordinary course of business defense. As such, those defendants asserting such a defense may offer Mr. Andrews' testimony. Defendants DMG Corporation, Integrated Mechanical Systems, Inc., and D&M Steel have elected to rely only on the deposition transcript of Mr. Andrews. Defendant American Technologies, Inc., has elected to rely on the live testimony of Mr. Andrews.

Defendant Weiss Sheet Metal Company ("Weiss"), although it has not asserted an ordinary course of business defense in its pre-trial stipulation, elected to rely only on the deposition transcript of Mr. Andrews. Since it has not raised the ordinary course of business defense in the joint pre-trial stipulation, Weiss has requested that the Trustee stipulate that it may assert such a defense at trial. The Trustee is not inclined to agree to any such stipulation. However, the Trustee acknowledges that the Court may choose to entertain Weiss' request.

The Trustee will conduct live cross-examination of Mr. Andrews. In addition, if any defendant offers Mr. Andrews as a witness, the Trustee may move to exclude Mr. Andrews because the defendants breached their agreement with the Trustee as to the material to be provided to Mr. Andrews. After Mr. Andrews was appointed, the parties had extensive discussions as to what was to be provided to the expert. The parties agreed on certain information. Thereafter, at Mr. Andrews' deposition, the defendants immediately opened with reading to Mr. Andrews information which was not agreed upon by the Trustee; in fact it had been rejected by the Trustee.

Dated: May 28, 2009

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
George E. Schulman
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

-2-

338574.01 [XP]    24132

| In re: PECK/JONES CONSTRUCTION CORPORATION, Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:04-35757-VZ<br>ADV. NO.: 2:07-ap-01050-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/NEF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **REPORT RE PENDING ADVERSARY PROCEEDINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 28, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Attorneys for Trustee: Aaron de Leest, aed@dgdk.com. George E Schulman, GSchulman@dgdk.com, John N Tedford, jtedford@dgdk.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 28, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Via U.S. Mail:
Debtor (Pro Se): Peck/Jones Construction Corp., 1601 Cloverfield Boulevard, Suite 400s, Santa Monica, CA 90404
Attorneys for Defendant: Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA 92660
Ch. 7 Trustee, R. Todd Neilson, LECG, LLC, 2049 Century Park East, Ste 2300, Los Angeles, CA 90067

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 28, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
Via Personal Delivery: The Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Bin outside Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2009 | Martha Gonzalez | /s/ Martha Gonzalez |
|---|---|---|
| Date | Type Name | Signature |

-3-

338574.01 [XP]    24132