| | |
|---|---|
| 1  GEORGE E. SCHULMAN (State Bar No. 064572)<br>   gschulman@dgdk.com<br>2  JOHN N. TEDFORD, IV (State Bar No. 205537)<br>   jtedford@dgdk.com<br>3  AARON E. DE LEEST (State Bar No. 216832)<br>   adeleest@dgdk.com<br>4  DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>   2029 Century Park East, Third Floor<br>5  Los Angeles, California 90067-2904<br>   Telephone: (310) 277-0077<br>6  Facsimile: (310) 277-5735 | **FILED & ENTERED**<br><br>**JUL 02 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY johnson    DEPUTY CLERK** |

7  Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>　　　　Debtor.<br><br>R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 2:04-35757-VZ<br><br>Chapter 7<br><br><br><br>Adv. No. 2:07-01050-VZ<br><br>**SCHEDULING ORDER**<br><br>Date:　June 4, 2009<br>Time:　11:00 a.m.<br>Place:　Courtroom 1368<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90012 |

On June 4, 2009, at 11:00 a.m., a Continued Pre-Trial Conference was held in the five non-insider preference related adversary proceedings still pending (the "Related Adversary Proceedings"), which are Neilson v. American Technologies, Inc. (2:07-01058-VZ), Neilson v. D & M Steel (2:07-01060-VZ), Neilson v. DMG Corporation (2:07-01034-VZ), Neilson v. Integrated Mechanical Systems (2:07-01050-VZ), and Neilson v. Weiss Sheet Metal (2:07-01026-VZ). George E. Schulman of Danning, Gill, Diamond & Kollitz, LLP appeared for Plaintiff R. Todd Neilson, Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation

339764.01 [XP] 24132

Main Document    Page 2 of 4

1 (the "Debtor").  Travis W. Feuerbacher of Gibbs, Giden, Locher & Turner, LLP, appeared for

2 Defendant DMG Corporation.  Edward Galloway of Jackson DeMarco Tidus Petersen &

3 Peckenpaugh appeared for Defendant American Technologies, Inc.  Jon Cantor and Ryan Clarkson

4 of Dykema Gossett PLLC, appeared for Defendant D & M Steel.  Randall S. Guritzky, of Gladych

5 & Associates appeared for Integrated Mechanical Systems.  Bruce Altschuler of Altshuler & Spiro

6 appeared for Weiss Sheet Metal.  There were no other appearances.

7       The Court having heard the oral statements of counsel, and good cause appearing, it is

8       **ORDERED THAT:**

9       1.    Trial is set in the Related Adversary Proceedings for October 20, 21, and 22, 2009.

10      2.    The Defendants shall agree by July 6, 2009, as to the order in which the Related

11 Adversary Proceedings shall be tried.  To the extent that the Defendants cannot agree, the trials will

12 proceed in order based on adversary proceeding number with the lowest numbered case going first.

13      3.    The parties shall file and serve by July 6, 2009, declarations from the Court

14 appointed expert Lonnie Andrews ("Andrews") or marked portions of Andrews' deposition

15 transcript that they intend to designate for use at trial.  Counter designations shall be filed and

16 served by July 27, 2009.

17      4.    Demands for live cross examination of Andrews shall be filed and served by July

18 27, 2009.

19      5.    The oral motion of Weiss Sheet Metal ("Weiss") to amend its Joint Pre-Trial

20 Stipulation previously approved by the Court to include an ordinary course of business defense is

21 granted.  The Trustee's objection to Weiss' oral motion is overruled.

DATED: July 2, 2009

United States Bankruptcy Judge

2

339764.01 [XP] 24132

| In re: PECK/JONES CONSTRUCTION CORPORATION | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:04-35757-VZ |
| | Adv. No. 2:07-01050-VZ |

**NOTE**:  When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/NEF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor,  Los Angeles, CA  90067

A true and correct copy of the foregoing document described **SCHEDULING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 2, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Via U.S. Mail:
Attorneys for Defendant:  Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
Via Personal Delivery:  Judge: Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Bin outside of Suite 1360, Los Angeles, CA  90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 2, 2009 | Martha Gonzalez | /s/ Martha Gonzalez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

339764.01 [XP] 24132

| In re: **PECK/JONES CONSTRUCTION CORPORATION** | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER **2:04-35757-VZ** <br> **ADV. NO.: 2:07-01050-VZ** |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify):*

**SCHEDULING ORDER**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 2, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Aaron De Leest**    aed@dgdk.com
- **George E Schulman**    GSchulman@DGDK.Com
- **John N Tedford IV**    jtedford@dgdk.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:
Attorneys for Defendant: Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

339764.01 [XP] 24132