GEORGE E. SCHULMAN (State Bar No. 064572)
JOHN N. TEDFORD, IV (State Bar No. 205537)
AARON E. DE LEEST (State Bar No. 216832)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735
e-mail:  gschulman@dgdk.com
         jtedford@dgdk.com
         adeleest@dgdk.com

Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

FILED & ENTERED

JUL 02 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

PECK/JONES CONSTRUCTION
CORPORATION,

   Debtor.
_____

R. TODD NEILSON, CHAPTER 7 TRUSTEE,

   Plaintiff,

      vs.

INTEGRATED MECHANICAL SYSTEMS,
INC., a California corporation,

   Defendant.

Case No. 2:04-35757-VZ

Chapter 7

Adv. No. 2:07-ap-01050-VZ

**ORDER APPROVING SECOND
AMENDED PRE-TRIAL STIPULATION**

Date:   June 4, 2009
Time:   11:00 a.m.
Place:  Courtroom 1368
        255 E. Temple St.
        Los Angeles, CA 90012

On June 4, 2009, at 11:00 a.m., a Continued Pre-Trial Conference was held in above captioned adversary proceeding. George E. Schulman of Danning, Gill, Diamond & Kollitz, LLP appeared for Plaintiff R. Todd Neilson, Chapter 7 trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the "Debtor"). Randall S. Guritzky, of Gladych & Associates appeared for Integrated Mechanical Systems. There were no other appearances.

339761.01 [XP] 24132

1  The Court having read and considered the Second Amended Pre-Trial Stipulation, filed on
2  April 16, 2009, as Docket Entry # 52, having heard the oral statements of counsel, and for good
3  cause appearing, it is

4  **ORDERED THAT:**

5  1.  The Second Amended Pre-Trial Stipulation is approved.

####

DATED: July 2, 2009

_____
United States Bankruptcy Judge

2

339761.01 [XP] 24132

| In re:<br>PECK/JONES CONSTRUCTION CORPORATION<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:04-35757-VZ<br>ADV. NO: 2:07-01050-VZ |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/NEF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER APPROVING SECOND AMENDED PRE-TRIAL STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 29, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Office of the U.S. Trustee, 725 So. Figueroa St., 26th Floor, Los Angeles, CA  90012
Chapter 11 Trustee: R. Todd Neilson, 2049 Century Park E, Ste. 2300 , Los Angeles, Ca  90067-4622
Attorneys for Defendant:  Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660
☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 29, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
Via Personal Delivery: Judge: Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Bin outside of Suite 1360, Los Angeles, CA  90012-3332
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2009 | Martha Gonzalez | /s/ Martha Gonzalez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

339761.01 [XP] 24132

| In re: **PECK/JONES CONSTRUCTION CORPORATION** | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER **2:04-35757-VZ**<br>**ADV. NO.: 2:07-01050-VZ** |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):

**ORDER APPROVING SECOND AMENDED PRE-TRIAL STIPULATION**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 29, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Aaron De Leest**    aed@dgdk.com
- **George E Schulman**    GSchulman@DGDK.Com
- **John N Tedford IV**    jtedford@dgdk.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Chapter 11 Trustee:  R. Todd Neilson, 2049 Century Park E, Ste. 2300 , Los Angeles, Ca  90067-4622
Attorneys for Defendant:  Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐    Service information continued on attached page

4

339761.01 [XP] 24132

# CERTIFICATE OF NOTICE

```
District/off: 0973-2              User: admin                 Page 1 of 1                  Date Rcvd: Jul 02, 2009
Case: 07-01050                    Form ID: pdf031             Total Noticed: 7

The following entities were noticed by first class mail on Jul 04, 2009.
aty          +Aaron De Leest,    2029 Century Park East 3rd Fl,    Los Angeles, CA 90067-2901
aty          +George E Schulman,    2029 Century Park East 3rd Flr,    Los Angeles, CA 90067-2901
aty          +John N Tedford IV,    Danning Gill Diamond & Kollitz LLP,    2029 Century Park E 3rd Fl,
               Los Angeles, Ca 90067-2901
aty          +Kim Tung,    Danning Gill Diamond & Kollitz,    2029 Century Park East 3rd Fl,
               Los Angeles, CA 90067-2901
aty          +Randall S Guritzky,    Gladych & Associates, Inc,    1400 Bristol Street North,
               Newport Beach, CA 92660-2911
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
pla          +R Todd Neilson,    2029 Century Park East Ste 900,    Los Angeles, CA 90067-2910

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           a California corp Integrated Mechanical Systems In,    Unknown
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2009**                              **Signature:**    _/s/ Joseph Speetjens_