Case 2:07-ap-01050-VZ    Doc 57    Filed 07/06/09    Entered 07/06/09 14:54:53    Desc
Main Document    Page 1 of 3

GEORGE E. SCHULMAN (State Bar No. 064572)
*gschulman@dgdk.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@dgdk.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff R.Todd Neilson, Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor. | Case No. 2:04-35757-VZ<br><br>Chapter 7 |
| R.TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC.,<br><br>Defendant. | Adv. No. 2:07-ap-01050-VZ<br><br>**NOTICE OF PLAINTIFFS' DESIGNATION OF DEPOSITION TRANSCRIPT OF COURT'S EXPERT LONNIE ANDREWS**<br><br><u>Trial Date</u><br><br>Date: October 20, 21, and 22, 2009<br>Time: 9:30 a.m.<br>Ctrm: "1368"<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

///
///
///
///
///
///
///

-1-

340053.01 [XP]    24132

1  **PLEASE TAKE NOTICE** that Plaintiff R. Todd Neilson, Chapter 7 Trustee (the

2  "Trustee"), is lodging with the Court, attached hereto as Exhibit "1", the Notice of Plaintiff's

3  Designation of Deposition Transcripts of Courts Expert Lonnie Andrews dated April 10, 2009.

4  Dated: July __ 2009                    DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
Aaron E. de Leest
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

-2-

340053.01 [XP]      24132

| In re:<br>PECK/JONES CONSTRUCTION CORPORATION<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:04-35757-VZ<br>ADV. NUMBER 2:07-ap-01050-VZ |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ***NOTICE OF PLAINTIFFS' DESIGNATION OF DEPOSITION TRANSCRIPT OF COURT'S EXPERT LONNIE ANDREWS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***July 6, 2009*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee, ustpregion16.la.ecf@usdoj.gov
Attorneys for Plaintiff, gschulman@dgdk.com, aed@dgdk.com, jtedford@dgdk.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On ***July 6, 2009*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
***Via U.S. Mail***
Attorneys for Defendant: Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA 92660

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***July 6, 2009*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
***Served Via Personal Delivery***
Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2009 | Mayra Duran | /s/ Mayra Duran |
|---|---|---|
| Date | Type Name | Signature |