**ORIGINAL**

1  GLADYCH & ASSOCIATES, INC.
   John A. Gladych, Esq., Bar No. 139254
2  Randall S. Guritzky, Esq., Bar No. 119784
   1400 Bristol Street North, Suite 270
3  Newport Beach, CA 92660
   Tel:  (949) 442-8942
4  FAX: (949) 442-8949

5  Attorneys for Defendant, INTEGRATED
   MECHANICAL SYSTEMS, INC.

FILED
JUL 06 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO. LA 04-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| Debtor. | Adv. No. 07-01050-VZ |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | **DECLARATION OF RANDALL S. GURITZKY RE PORTIONS OF DEPOSITION TRANSCRIPT OF COURT APPOINTED EXPERT, LONNIE ANDREWS, FOR TRIAL; AND LODGEMENT THEREOF** |
| Plaintiff, | |
| vs. | **TRIAL:  October 20, 21 & 22, 2009** |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, | **TIME:   9:00 A.M** |
| | **COURTROOM 1368** |
| Defendants. | |

I, RANDALL S. GURITZKY, Declare as follows:

   1.   I am an attorney at law duly licensed to practice before all of the courts of the State of California and all of the United States District Courts in the State of California and am an associate in the law firm of GLADYCH & ASSOCIATES, INC., attorneys of record for Defendant, INTEGRATED MECHANICAL SYSTEMS, INC. ("Defendant") in the above-

---

G:\384.101\DECLARATION RE DEPOSITION TESTIMONY.wpd          1
**DECLARATION RE USE OF DEPOSITION TRANSCRIPT OF COURT APPOINTED EXPERT**

1. captioned matter. I have personal knowledge of the matters stated herein below and if called as a witness I could and would competently testify thereto and under oath.

2. On or about June 4, 2009, the parties attended a Status Conference wherein certain of the parties, including Defendant, agreed to introduce the deposition testimony of the court appointed expert, Lonnie Andrews, for the trial of the matters related to Peck/Jones adversary proceedings. The selection of Mr. Andrews was arrived at by agreement by Plaintiff and all Defendants. Mr. Andrews was deposed on April 10, 2009.

3. Defendant hereby lodges the certified copy of the deposition transcript of the Deposition of Lonnie Andrews (the "Andrews Deposition") as well as the CD-Rom disk of the deposition for use by the Court.

4. Attached to the Andrews Deposition is the Curriculum Vitae of Mr. Andrews.

5. Defendant has highlighted in pink those portions of the Andrews Deposition that it intends to offer at trial as follows, pages and lines:

17:8 - 18:19

19:7 - 21:13

22:8 - 29:25

31:16 - 32:4

35:14-19

39:14 - 40:14

41:1-6

42:14-23

44:2-8

45:3-9

48:21 - 50:18

51:1-16

52:16-19

53:2-23

75:19 - 76:19

1   80:1-7

2   81:19-25

3   82:2-25

4   83:1-6

5   84:4-8

6   87:25 - 89:3

7   105.17 - 107.9

8   6. Thus, as it relates to Mr. Andrews assignment to render an opinion on the objective prong of the ordinary course of business exception, it is Defendant's position that the payments the Trustee alleges were preferential to Defendant fall within the exception to preferential transfers as set forth in 11 U.S.C. Section 547(c)(2)(C) in that the payments in question during the preference period were deliveries of monies by the Debtor made according to ordinary business terms, with due consideration of the "broad range" of business terms employed by similarly situated debtors and creditors, including those in financial distress, during the relevant period, and not so unusual as to be aberrations in the relevant industry.

Executed this 2nd day of July, 2009, at Newport Beach, CA.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
RANDALL S. GURITZKY, Declarant

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1400 Bristol Street North, Suite 270, Newport Beach, California 92660.

On July 6, 2009, I served the following document(s): **DECLARATION OF RANDALL S. GURITZKY RE PORTIONS OF DEPOSITION TRANSCRIPT OF COURT APPOINTED EXPERT, LONNIE ANDREWS, FOR TRIAL; AND LODGEMENT THEREOF,** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

(✓) **By Mail:** I am readily familiar with Gladych & Associates, Inc.'s business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Newport Beach, California.

( ) **By Personal Service:** I caused such document(s) to be delivered by hand to the parties and at the address(es) indicated on the attached service list.

( ) **By Overnight Courier:** I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express) for delivery to the address(es) as indicated on the attached Service List.

( ) **By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted during normal business hours from FAX number(s) 949-442-8946/9 to the persons and at the FAX number(s) for each party indicated on the attached Service List. FAX Transmission Report(s) confirming successful transmission were received for each such party.

Executed on July 6, 2009, at Newport Beach, California.

( ) **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(✓) **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

_____
JANELLE JAMES

G:\384.101\DECLARATION RE DEPOSITION TESTIMONY.wpd       4
**DECLARATION RE USE OF DEPOSITION TRANSCRIPT OF COURT APPOINTED EXPERT**

**In re PECK/JONES CONSTRUCTION CORP., Debtor/Neilson v. Integrated Mechanical Systems, Inc.**
US BK Case No. LA 04-35757-VZ; Adv. No. 07-01050-VZ

### SERVICE LIST

John N. Tedford IV, Esq.         Attorneys for Plaintiff
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067
Tel:  (310) 277-0077
Fax: (310) 277-5735

United States Trustee
Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

