| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Randall S. Guritzky, Esq., Bar No. 119784<br>Gladych & Associates, Inc.<br>1400 Bristol Street North, Suite 270<br>Newport Beach, CA 92660<br>Tel: (949) 442-8942; Fax: (949) 442-8949<br>randy@gladychlaw.com | **FILED**<br>OCT 13 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Defendant, Integrated Mechanical Systems, Inc. | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Los Angeles DIVISION

| In re: Peck/Jones Construction Corporation | CASE NO: LA 04-35757-VZ<br>CHAPTER: 7 |
|---|---|
| R. Todd Neilson, Chapter 7 Trustee<br><br>v.<br><br>Integrated Mechanical Systems, Inc.,<br>a California corporation<br><br>Debtor(s). | Adv. No. 07-01050-VZ<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>[LBR 9075-1(b)] |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. *Title of motion*: Ex Parte Application to Substitute Witness at TRial

    b. *Date of filing of motion*: 10/13/09

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*)

    a. Briefly specify the relief requested in the motion: Vachik Armenian is no longer employed by Integrated Mechanical Systems, Inc., and now resides in Dubai, United Arab Emerites. The substitute witness is an officer of Defendant at all times relevant to this proceedings.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 1    F 9075-1.1.APPLICATION

b. Identify the parties affected by the relief requested in the motion:

   Plaintiff,  R. Todd Neilson, Chapter 7 Trustee
   Defendant, Integrated Mechanical Systems , Inc.

c. State the reasons necessitating a hearing on shortened time:

   Trial in this matter is set for October 20, 21, 22, 2009

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER

Date:   October 13, 2009

Gladych & Associates, Inc.
*Print Law Firm Name (if applicable)*

Randall S. Guritzky, Esq.
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009         Page 2         F 9075-1.1.APPLICATION

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1400 Bristol Street North, Suite 270, Newport Beach, California 92660.

On October 13, 2009, I served the following document(s): **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**, on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

## SEE ATTACHED SERVICE LIST

(✓) **By Mail:** I am readily familiar with Gladych & Associates, Inc.'s business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Newport Beach, California.

( ) **By Personal Service:** I caused such document(s) to be delivered by hand to the parties and at the address(es) indicated on the attached service list.

( ) **By Overnight Courier:** I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express) for delivery to the address(es) as indicated on the attached Service List.

(✓) **By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted during normal business hours from FAX number(s) 949-442-8946/9 to the persons and at the FAX number(s) for each party indicated on the attached Service List. FAX Transmission Report(s) confirming successful transmission were received for each such party.

Executed on October 13, 2009, at Newport Beach, California.

( ) **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(✓) **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

_____
Maureen A. Gentry

---

G:\384.101\APPLICATION.ORDER.SHORT.NOTICE.POS.wpd       1
**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**

In re PECK/JONES CONSTRUCTION CORP., Debtor/Neilson v. Integrated Mechanical Systems, Inc.
US BK Case No. LA 04-35757-VZ; Adv. No. 07-01050-VZ

## SERVICE LIST

| | |
|---|---|
| John N. Tedford IV, Esq.<br>George E. Schulman, Esq.<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Tel:  (310) 277-0077<br>Fax:  (310) 277-5735<br>gschulman@dgdk.com<br>**Facsimile and U.S. Mail** | Attys. for Plaintiff R. TODD NEILSON, CHAP. 7 TRUSTEE: |
| United States Trustee<br>Office of the U.S. Trustee<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017<br>**U.S. Mail** | |
| Glenn E. Turner III, Esq.<br>Travis W. Feuerbacher, Esq.<br>GIBBS, GIDEN, LOCHER, TURNER & SENET LLP<br>1880 Century Park East, 12th Floor<br>Los Angeles, CA 90067-1621<br>Tel:  (310) 552-3400<br>Fax:  (310) 552-0805<br>**Facsimile and U.S. Mail** | Attys. for Defendant DMG CORPORATION |
| Bruce J. Altshuler, Esq.<br>ALTSHULER & SPIRO<br>9301 Wilshire Blvd., Suite 504<br>Beverly Hills, CA 90210<br>Tel:  (310) 275-4475<br>Fax:  (310) 858-6763<br>**Facsimile and U.S. Mail** | Attys. for WEISS SHEET METAL |
| Jon D. Cantor, Esq.<br>DYKEMA GOSSETT<br>333 S. Grand Ave., Ste 2100<br>Los Angeles, CA 90071<br>Tel:  (213) 457-1800<br>Fax:  (213) 457-1850<br>**Facsimile and U.S. Mail** | Attys. for D&M STEEL |

| | | |
|---|---|---|
| 1 | Edward A. Galloway, Esq. | Attys. for AMERICAN TECHNOLOGIES |
| 2 | JACKSON, DEMARKO, et al. | |
| | 2030 Main St., Ste. 1200 | |
| 3 | Irvine, CA  92614 | |
| | Tel:    (949) 752-8585 | |
| 4 | Fax:   (949) 752-0597 | |
| | **Facsimile and U.S. Mail** | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |



G:\384.101\APPLICATION.ORDER.SHORT.NOTICE.POS.wpd             3

**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**