

FILED & ENTERED

OCT 28 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Peck/Jones Construction Corp,<br><br><br><br><br><br>Debtor(s),<br><br>R Todd Neilson<br><br>Plaintiff(s),<br><br>Vs.<br><br>Integrated Mechanical Systems Inc., a California corp.<br><br>Defendant(s). | Case No.: 2:04-bk-35757-VZ<br><br>Adversary No.: 2:07-ap-01050-VZ<br><br>Chapter: 7<br><br>ORDER RE: DISPUTE OVER TESTIMONY OF COURT APPOINTED EXPERT<br><br>Date: September 3, 2009<br>Time: 11:00 a.m.<br>Location: 255 E. Temple St.<br>              Los Angeles, CA 90012<br>              Courtroom 1368 |

On September 3, 2009, at 11:00 a.m., I conducted a hearing to resolve the issues set forth in the Joint Stipulation Re: Dispute over Testimony of Court Appointed Expert between Plaintiff, R. Todd Neilson, Chapter 7 Trustee and Defendant, Integrated Mechanical Systems Inc.. The Joint Stipulation Re: Dispute over Testimony of Court Appointed Expert is a part of the Court's record as Docket No. 64.

Based on the findings and conclusions made at the hearing,

IT IS ORDERED:

- 1 -

1. The objections set out on the Joint Stipulation Re: Dispute over Testimony of Court Appointed Expert, at page 4, lines 7 through and including 26 are overruled; and,

2. Plaintiff is estopped from raising any questions regarding the qualifications of the court appointed expert, Lonnie Andrews as it relates to his assignment as set out in the Joint Stipulation Re: Dispute over Testimony of Court appointed Expert, on page 2, line 13 through and including page 7, line 17.

####

DATED: October 28, 2009

_____
United States Bankruptcy Judge

- 2 -

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER RE: DISPUTE OVER TESTIMONY OF COURT APPOINTED EXPERT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 28, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Aaron De Leest     aed@dgdk.com
- George E Schulman     GSchulman@DGDK.Com
- John N Tedford IV     jtedford@dgdk.com
- Kim Tung     ktung@dgdk.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Attorney for Defendant
Bruce J Altshuler
9301 Wilshire Blvd Suite 504
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page