1  GEORGE E. SCHULMAN (State Bar No. 064572)
   gschulman@dgdk.com
2  JOHN N. TEDFORD, IV (State Bar No. 205537)
   jtedford@dgdk.com
3  AARON E. DE LEEST (State Bar No. 216832)
   adeleest@dgdk.com
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California 90067-2904
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:04-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| Debtor. | |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | Adv. No. 2:07-01050-VZ |
| Plaintiff, | **DECLARATION OF AARON E. DE LEEST IN SUPPORT OF PRE-JUDGMENT INTEREST CALCULATION IN JUDGMENT AFTER TRIAL** |
| vs. | |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, | Date: October 21, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1368<br>255 E. Temple St.<br>Los Angeles, CA 90012 |
| Defendant. | |

339764.01 [XP] 24132

I, AARON E. DE LEEST, declare as follows:

1. I am an attorney, admitted to practice before all courts of the State of California and am a member in good standing of the bar of the United States Bankruptcy Court, Central District of California. I am an associate with the law firm of Danning, Gill, Diamond & Kollitz, LLP, counsel for Plaintiff R. Todd Neilson, Chapter 7 Trustee for the estate of Peck/Jones Construction Corporation (the "Debtor"). I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify competently thereto.

2. On October 21, 2009, the United States Bankruptcy Court, Central District of California awarded judgment after trial in favor of the Plaintiff in the amount of $182,393.90, plus pre- and post-judgment interest and costs.

3. I have reviewed 28 U.S.C. § 1961(a) ("Section 1961"), which allows interest on money judgments in a civil case recovered in the district court, and Section 1961 states that the proper interest rate on a judgment is the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System. The Historical and Statutory Notes to Section 1961 has notes for "Calculation of Interest", and those notes directed me to www.federalreserve.gov to find the appropriate interest rates for the judgment against the Defendant.

4. On October 22, 2007, I caused an internet search to be conducted to access www.federalreserve.gov, and found the webpage (the "Webpage") on that site concerning the weekly average 1-year constant maturity Treasury yield for May 4, 2006. According to the Webpage, the weekly average 1-year constant maturity Treasury yield for the transfers that Plaintiff sought to recover is set forth under interest rate column in the below chart.

2

339764.01 [XP] 24132

| TRANSFER DATE | AMOUNT | INTEREST RATE | DATE | NO DAYS | DAILY AMOUNT | TOTAL INTEREST THROUGH OCTOBER 23, 2009 |
|---|---|---|---|---|---|---|
| 9/20/2004 | $29,481.61 | 2.14% | 10/23/2009 | 1859 | $1.73 | $3,213.30 |
| 9/29/2004 | $46,458.00 | 2.20% | 10/23/2009 | 1850 | $2.80 | $5,180.39 |
| 10/1/2004 | $10,650.72 | 2.20% | 10/23/2009 | 1848 | $0.64 | $1,186.34 |
| 10/12/2004 | $29,832.62 | 2.24% | 10/23/2009 | 1837 | $1.83 | $3,363.22 |
| 10/14/2004 | $22,622.34 | 2.18% | 10/23/2009 | 1835 | $1.35 | $2,479.35 |
| 10/13/2004 | $40,593.75 | 2.18% | 10/23/2009 | 1836 | $2.42 | $4,451.39 |
| 10/7/2004 | $2,754.86 | 2.24% | 10/23/2009 | 1842 | $0.17 | $311.42 |
|  | $182,393.90 |  |  |  | $10.95 | $20,185.41 |

5. Thus, according to the above chart, the combined daily pre-judgment interest rate from the date of the transfers to October 23, 2008, given 365 days a year and the judgment amount of $182,393.90, is $10.95.

6. The total pre-judgment interest from date of the transfers to October 23, 2008 is $20,185.41.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October ⟨⟩, 2009 at Los Angeles, California.

_____
AARON E. DE LEEST

3

339764.01 [XP] 24132

| In re: PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER: 2:04-35757-VZ<br>ADV. NO.: 2:07-01050-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **DECLARATION OF AARON E. DE LEEST IN SUPPORT OF PRE-JUDGMENT INTEREST CALCULATION IN JUDGMENT AFTER TRIAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 30, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Aaron De Leest    aed@dgdk.com
George E Schulman    GSchulman@DGDK.Com
John N Tedford IV    jtedford@dgdk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On October 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Via U.S. Mail:** Attorneys for Defendant: Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA 92660

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 30, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**Via Personal Delivery:** The Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Bin Outside of Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 30, 2009 | Martha Gonzalez | *Martha Gonzalez* |
|---|---|---|
| Date | Type Name | Signature |

4

344767.01 [XP] 24132