| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| SCOTT C. CLARKSON, Esq. (SBN)143271<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance, CA 90503<br>Torrance, CA 90503<br>(310) 542-0111<br>*Attorney for Appellant* Integrated Mechanical Systems | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Peck/Jones Construction Corporation<br><br><br>Debtor(s). | |
| Last four digits of Social Security Number(s): | CHAPTER: 7<br>CASE NUMBER: 2:04-35757-VZ |
| Employer's Tax Identification No(s) [if any]: | ADVERSARY NUMBER:<br>2:07-01050-VZ |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)* ☐ plaintiff [X] defendant or ☐ other party *(specify name of party)* Integrated Mechanical Systems, Inc. , appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)* Judgment after Trial entered in this adversary proceeding or other proceeding *(describe other proceeding)* R. Todd Neilson, Chpt 7 Trustee vs. Integrated Mechanical Systems on the 17 day of December , *(year)* 2009 .

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

   R. Todd Neilson, Plaintiff
   George E. Schulman, Esq. (310)277-0077
   2029 Century Park East 3rd Floor Los Angeles, CA 90067

   Integrated Mechanical Systems, Inc., Defendant
   Randall S. Guirtzky, Esq (Trial Counsel)(949)442-8942
   1400 Bristol Street North Suite 270 Newport Beach CA 92660

   Scott C. Clarkson, Esq.
   Clarkson, Gore & Marsella (Appellant Counsel)(310)542-0111
   3424 Carson Street Suite 350 Torrance CA 90503

*(Continued on next page)*

Notice of Appeal - *Page 2*                                                                 **FORM 17**

| In re Peck/Jones Construction Corporation | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:04-35757-VZ |

Dated: 12/23/09

*Signature (Attorney for Appellant or Appellant if not represented by an Attorney)*

SCOTT C. CLARKSON, Esq. (SBN) 143271
*Attorney Name*

3424 Carson Street Suite 350
*Address* Torrance, CA 90503

(310) 542-0111
*Telephone Number*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

*Revised 05/04*                                                                             **FORM 17**

| In re:<br>Peck/Jones Construction Corporation<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NUMBER: 2:04-bk-35757-VZ |
|---|---|
| R. Todd Neilson, Chapter 7 Trustee<br>                                    Plaintiff<br>Vs.<br><br>Integrated Mechanical Systems<br>                                    Defendant | ADVERSARY NO. 2:07-ap-01050-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street  Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **NOTICE OF APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. **December 24, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**U.S.TRUSTEE (LA)**
Ustpregion16.la.ecf@usdoj.gov

☐                                                                                          Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **December 24, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Honorable Vincent P. Zurzolo
255 E Temple Street Suite 1360
Los Angeles, CA 90012

**PLAINTIFF**
George E. Schulman, Esq.
2029 Century Park East 3rd Floor
Los Angeles, CA 90067

**DEFENDANT**
Randall S. Guirtzky, Esq.
1400 Bristol Street North Suite 270
Newport Beach, CA 92660

☐                                                                                          Service information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1

| In re:                                  | CHAPTER 7                              |
|-----------------------------------------|----------------------------------------|
| Peck/Jones Construction Corporation     |                                        |
|                                         | CASE NUMBER:  2:04-bk-35757-VZ         |
| Debtor(s)                               |                                        |
| R. Todd Neilson, Chapter 7 Trustee      |                                        |
| Plaintiff                               | ADVERSARY NO. 2:07-ap-01050-VZ         |
| Vs.                                     |                                        |
| Integrated Mechanical Systems           |                                        |
| Defendant                               |                                        |

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 24, 2009 | Brenda Campos | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                         F 9013-3.1