| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number<br>SCOTT C. CLARKSON, Esq. (SBN) 143271<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance, CA 90503<br>Torrance, CA 90503<br>(310) 542-0111<br>*Attorney for Appellant* Integrated Mechanical Systems | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Peck/Jones Construction Corporation<br><br>Debtor(s). | |
| Last four digits of Social Security Number(s): | CHAPTER: 7<br>CASE NUMBER: 2:04-35757-VZ |
| Employer's Tax Identification No(s) [if any]: | ADVERSARY NUMBER:<br>2:07-01050-VZ |

**AMENDED**
## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)* ☐ plaintiff ☒ defendant or ☐ other party *(specify name of party)* Integrated Mechanical Systems, Inc. , appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)* Judgment after Trial entered in this adversary proceeding or other proceeding *(describe other proceeding)* R. Todd Neilson, Chpt 7 Trustee vs. Integrated Mechanical Systems on the 17th day of December , *(year)* 2009 .

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

   R. Todd Neilson, Plaintiff
   George E. Schulman, Esq. (310) 277-0077
   2029 Century Park East 3rd Floor Los Angeles, CA 90067

   Integrated Mechanical Systems, Inc. Defendant
   Randall S. Guirtzky, Esq. (Trial Counsel) (949) 442-8942
   1400 Bristol Street North Suite 270 Newport Beach, CA 92660

   Scott C. Clarkson, Esq.
   Clarkson, Gore & Marsella (Appellant Counsel) (310) 542-0111
   3424 Carson Street Suite 350 Torrance, CA 90503

*(Continued on next page)*

Notice of Appeal - *Page 2*   **FORM 17**

| In re Peck/Jones Construction Corporation | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:04-35757-VZ |

Dated: 12/31/09

*Signature (Attorney for Appellant or Appellant if not represented by an Attorney)*

SCOTT C. CLARKSON, Esq. (SBN) 143271
*Attorney Name*

3424 Carson Street Suite 350
*Address* Torrance CA 90503

(310) 542-0111
*Telephone Number*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

*Revised 05/04*   **FORM 17**

# EXHIBIT "A"

```
 1   GEORGE E. SCHULMAN (State Bar No. 064572)
     gschulman@dgdk.com
 2   JOHN N. TEDFORD, IV (State Bar No. 205537)
     jtedford@dgdk.com
 3   AARON E. DE LEEST (State Bar No. 216832)
     adeleest@dgdk.com
 4   DANNING, GILL, DIAMOND & KOLLITZ, LLP
     2029 Century Park East, Third Floor
 5   Los Angeles, California 90067-2904
     Telephone: (310) 277-0077
 6   Facsimile: (310) 277-5735

 7   Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee
```



FILED & ENTERED

DEC 17 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor. | Case No. 2:04-35757-VZ<br><br>Chapter 7 |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation,<br><br>Defendant. | Adv. No. 2:07-01050-VZ<br><br>**JUDGMENT AFTER TRIAL**<br><br>Date: October 20 & 21, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1368<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

On October 20 and 21, 2009, the trial in the above captioned adversary proceeding convened in this Court before the Honorable Vincent P. Zurzolo, United States Bankruptcy Court Judge. George E. Schulman of Danning, Gill, Diamond & Kollitz, LLP, appeared for Plaintiff R. Todd Neilson, Chapter 7 Trustee for the estate of Peck/Jones Construction Corporation (the "Debtor"). Randall S. Guritzky, of Gladych & Associates appeared for Integrated Mechanical Systems, Inc.

344765.01 [XP] 24132

1    The Court having duly considered the Joint Pre-Trial Order, the direct testimony submitted
2    by the parties, the arguments of counsel, and the evidence admitted at trial, and having issued on
3    the record on October 21, 2009, its findings of fact and conclusions of law, and good cause
4    appearing, it is

5    **ORDERED THAT:**

6    1.    Plaintiff shall recover from Defendant the sum of $182,393.90 together with pre-
7    and post-judgment interest, as set forth below, plus costs in the amount of $_____.

8    2.    Plaintiff is awarded pre-judgment interest on the principal sum of $182,393.90 at the
9    combined daily interest rate of $10.95, from the subject transfer date of October 23, 2004, to
10   October 23, 2009, in the sum of $20,185.41, plus additional interest at the combined daily interest
11   rate of $10.95 from October 23, 2009, to the date of entry of this Judgment by the Court, in the sum
12   of $_____.

13   3.    Plaintiff is awarded post-judgment interest at the rate allowed at law for judgments
14   in Federal Courts, until the Judgment is paid in full.

DATED: December 17, 2009

_____
United States Bankruptcy Judge

2

344765.01 [XP] 24132

| In re: PECK/JONES CONSTRUCTION CORPORATION,<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER: 2:04-35757-VZ<br>ADV. NO.: 2:07-01050-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **JUDGMENT AFTER TRIAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On October 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Via U.S. Mail:*** Attorneys for Defendant: Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA 92660

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 30, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

***Via Personal Delivery:*** The Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Bin Outside of Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 30, 2009 | Martha Gonzalez | /s/ Martha Gonzalez |
|---|---|---|
| Date | Type Name | Signature |

3

344765.01 [XP] 24132

| In re: PECK/JONES CONSTRUCTION CORPORATION | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:04-35757-VZ<br>ADV. NO.: 2:07-01050-VZ |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and persona/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) JUDGMENT AFTER TRIAL was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>October 30, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Aaron De Leest    aed@dgdk.com
- George E Schulman    GSchulman@DGDK.Com
- John N Tedford IV    jtedford@dgdk.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>Attorneys for Defendant:</u>  Randall S. Guritzky, Esq., Gladych & Associates. Inc., 1400 Bristol Street North, Suite 270, Newport Beach, CA  92660

**III.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

4

344765.01 [XP] 24132

| In re:<br>Peck/Jones Construction Corporation<br><br>                                                          Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:04-bk-35757-VZ<br><br>ADVERSARY NO: 2:07-ap-01050-VZ |
|---|---|
| R. Todd Neilson, Chapter 7 Trustee<br>                              Plaintiff<br><br>Vs.<br><br><br>Integrated Mechanical Systems<br>                              Defendant | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson Street, Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described <u>AMENDED NOTICE OF APPEAL</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>December 31, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**U.S. Trustee**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~** (indicate method for each person or entity served):
On <u>DECEMBER 31, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**JUDGE**
Honorable Vincent P. Zurzolo
255 E. Temple Street Suite 1360
Los Angeles, CA 90012

**PLAINTIFF**
George E. Schulman, Esq.
2029 Century Park East 3rd Floor
Los Angeles, CA 90067

**DEFENDANT**
Randall S. Guirtzky, Esq.
1400 Bristol Street North Suite 270
Newport Beach, CA 92660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

| In re:<br>Peck/Jones Construction Corporation<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:04-bk-35757-VZ<br><br>ADVERSARY NO: 2:07-ap-01050-VZ |
|---|---|
| R. Todd Neilson, Chapter 7 Trustee<br>                      Plaintiff<br>Vs.<br><br>Integrated Mechanical Systems<br>                      Defendant | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 31, 2009 | Carla Benson | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1