GEORGE E. SCHULMAN (State Bar No. 064572)
gschulman@dgdk.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@dgdk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for R. Todd Neilson, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:04-bk-35757-VZ |
| PECK/JONES CONSTRUCTION CORPORATION, | Chapter 7 |
| Debtor. | |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE, | Adv. No. 2:07-ap-01050-VZ |
| Plaintiff, | **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** |
| vs. | |
| INTEGRATED MECHANICAL SYSTEMS, INC., a California corporation, | |
| Defendant. | |

On December 17, 2009, the Court entered judgment in favor of plaintiff R. Todd Neilson, the Chapter 7 Trustee (the "Trustee") for the estate of Peck/Jones Construction Corporation (the "Debtor") and against Integrated Mechanical Systems, Inc. ("IMS") in the amount of $182,393.90 and a defense judgment in favor of American Technologies, Inc. and against the Trustee.  IMS filed a

357154.01 [XP] 24132

1 notice of appeal with respect to the Trustee's judgment. The
2 Trustee filed an notice of appeal with respect to ATI's defense
3 judgment. Both appeals were referred to the Bankruptcy Appellate
4 Panel.

5     The Trustee entered into and executed a settlement agreement
6 with IMS (the "Settlement Agreement"), pursuant to which IMS
7 agreed to pay the Trustee the sum of $100,000 (the "Settlement
8 Sum").

9     The Court approved the Settlement Agreement by entry of an
10 order on May 6, 2010.

11     IMS has paid the Settlement Sum to the Trustee and has
12 therefore satisfied the Judgment in full.

13 Dated: August 19, 2010    DANNING, GILL, DIAMOND & KOLLITZ, LLP

16 By: _____
    Aaron E. de Leest
17     Attorneys for Plaintiff R. Todd
    Neilson, Chapter 7 Trustee

-2-

357154.01 [XP] 24132

| In re: PECK/JONES CONSTRUCTION CORPORATION              Debtor(s). | CHAPTER: 7 CASE NO.: 2:04-bk-35757-VZ ADV. NO: 2:07-ap-01050-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 19, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Scott C Clarkson     sclarkson@lawcgm.com
Aaron De Leest     aed@dgdk.com
George E Schulman     GSchulman@DGDK.Com
John N Tedford IV     jtedford@dgdk.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **August 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor (Pro Se): Peck/Jones Construction Corp., 1601 Cloverfield Boulevard, Suite 400s, Santa Monica, CA 90404

☐ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 19, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery: Judge: The Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple St., Bin Outside of Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/19/2010 | Martha Gonzalez | /s/ Martha Gonzalez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

357154.01 [XP] 24132

**F 9013-3.1**